

**CRANBROOK**
1904    CENTENNIAL    2004

ACADEMY OF ART
ART MUSEUM
BROOKSIDE LOWER SCHOOL
CRANBROOK KINGSWOOD MIDDLE SCHOOL
CRANBROOK KINGSWOOD UPPER SCHOOL
INSTITUTE OF SCIENCE

20 Lone Pine Road
Correspondence to:
P O Box 801
Bloomfield Hills
Michigan 48303.0801
USA

Cranbrook Campus
e 248 645.3600
x 248 645.3081

Kingswood Campus
e 248 645.3400
x 248 645.3053

CRANBROOK
KINGSWOOD
UPPER SCHOOL

June 1, 2004

Mr. and Mrs. Michael J. Dupree, Sr.
55 Martell
Bloomfield Hills, MI 48304

Dear Mr. and Mrs. Dupree and Michael:

Your son, Michael Dupree, has been dismissed from Cranbrook Kingswood Upper School effective June 1, 2004.

To assist you with any transition please call me at 248-645-3620 or email me at jwinter@cranbrook.edu.

Sincerely,

John J. Winter
Dean of Boys

cc: Charles Shaw
    Sharon Peacock
    Arlyce Seibert





B