# CRANBROOK KINGSWOOD

Cranbrook Educational Community



## UPPER SCHOOL ACADEMIC TRANSCRIPT

(TEST RECORD ON REVERSE SIDE)

Last Name   First Name

GPAs are not cumulative

NAME: Dupree, Jr.   Michael Joseph   SEX: M
SS #: [redacted]   DATE OF BIRTH: [redacted]
PARENT/GUARDIAN: Mr&Mrs Michael Dupree, Sr.
RELATIONSHIP: Parents
ENROLLED: 08/25/00   ENTERED UPPER SCHOOL: 09

GRADUATION DATE
WITHDRAWAL DATE   JUN 0 1 2004

GRADES:
A = 3.7 - 4.0      E,F = FAIL
B = 2.7 - 3.3      P = PASS
C = 1.7 - 2.3      WP = WITHDRAW PASSING
D = 0.7 - 1.3      WF = WITHDRAW FAILING

Courses taken at other schools are converted to CK systems of credits.
ACCREDITATION: Independent Schools Association of Central States

An A+ = 4.3 points in the calculation of the G.P.A.

```
DUPREE, JR. MI  09  2000-01
EN-English 9      2  B    1.00
MA-Algebra II     2  C    1.00
LN-Spanish I      2  C+   1.00
SC-Concept Phys   2  B-   1.00
HS-Ancient Soc    2  C+   0.50
RL-Hist of Relg   1  C+   0.50
AR-Begin Ceramc   2  B    0.25
CS-Computer Sci   1  B-   0.25
SP-Sports/Gd 9    2  P    0.50
  -Cmptr Exempt   2       0.00

UNWEIGHTED GPA: 2.5
WEIGHTED   GPA: 2.5
```

```
DUPREE, JR. MI  10  2001-02
EN-Expos Writng   2  B-   1.00
MA-Algebra II     2  B-   1.00
LN-Spanish II     2  C    1.00
SC-Biology I      2  C-   1.00
HS-Patts in Civ   2  C+   1.00
AR-Cont Ceramic   1  B+   0.25

UNWEIGHTED GPA: 2.33
WEIGHTED   GPA: 2.33
```

UNOFFICIAL COPY

```
DUPREE, JR. MI  11  2002-03
EN-Lit Trad       2  C-   1.00
MA-Pre-Calculus   2  C+   1.00
SC-Chemistry      2  C+   1.00
HS-Amer Studies   2  C    1.00
RL-Eastrn Trad    2  C+   0.50
AR-Cont Ceramic   1  B+   0.25
AR-Cont Ceramic   2  B+   0.25
CS-Comptr Sci I   1  B-   0.50

UNWEIGHTED GPA: 2.26
WEIGHTED   GPA: 2.26
```

```
DUPREE, JR. MI  12  2003-04
EN-Current Lit    1  B-   0.50
EN-Lit & Nature   2  D    0.50
MA-Statistics     2  C    1.00
SC-Envirnmt Sci   1  B    0.50
SC-Botany         2  C    0.50
HS-Grk Romn Civ   1  B-   0.50
HS-Psychology     2  WP   0.00
HS-Economics      1  D+   0.50
RL-Philosophy     1  B    0.50
AR-Ceram StdioH   1  B+   0.50
AR-Ceram StdioH   2  WP   0.00

UNWEIGHTED GPA: 2.3
WEIGHTED   GPA: 2.33
```

OTHER

SIGNED _____   TITLE _____   DATE _____

# CRANBROOK KINGSWOOD
Cranbrook Educational Community



## UPPER SCHOOL STANDARDIZED TEST RECORD (ACADEMIC TRANSCRIPT ON REVERSE SIDE)

NAME: Dupree, Jr.  Michael Joseph  SEX: M
SS #: ███████████  DATE OF BIRTH: ███████

### PSAT

| | Scores | Percentiles | |
|---|---|---|---|
| Last: DUPREE | | | First: MICHAEL  M.I. J |
| Verbal | 52 | 72 | Year 01 |
| Math | 55 | 74 | Grade 10 |
| Writing Skills | 54 | 76 | Optional Code |
| Selection Index | 159* | 67 | School Code 230355 |

PSAT/NMSQT

| | Scores | Percentiles | |
|---|---|---|---|
| Last: DUPREE | | | First: MICHAEL  M.I. |
| Verbal | 49 | 52 | Year 02 |
| Math | 57 | 75 | Grade 11 |
| Writing Skills | 58 | 81 | Optional Code |
| Selection Index | 164 | 75 | School Code 230355 |

PSAT/NMSQT

### SAT I

LAST: DUPREE  FIRST: MICHAEL  M.I. J
TEST DATE: NOV 03  GRADE: 12
SAT I – V: 590   SAT I – M: 590
SAT Program
The College Board

### ACT

| NAME OF STUDENT | SOCIAL SECURITY NUMBER | TEST DATE |
|---|---|---|
| DUPREE MICHAEL | 365029443 | 10 03 |

ACT

| TEST SCORES | ENGLISH | MATHEMATICS | READING | SCIENCE | COMPOSITE |
|---|---|---|---|---|---|
| | 28 | 25 | 26 | 23 | 26 N |
| SUBSCORES | 15 | 14 | 14 | 11 | 14 | 15 | 12 | % AT OR BELOW NAT'L COMP. 86 |

UNOFFICIAL COPY

### SAT II

### ADVANCED PLACEMENT

SIGNED _____   TITLE _____   DATE _____

P.O. Box 801 Bloomfield Hills, MI 48303-0801   Fax: (248) 645-3081   School Code 230355