UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DUPREE, JR.,
a Colorado Resident, MICHAEL
DUPREE, SR. and DARLENE DUPREE,
his parents, Residents of the Country of Austria,

          Plaintiffs,

Case No. 10-12094
Hon. Robert H. Cleland

vs.

CRANBROOK EDUCATIONAL
COMMUNITY, JOHN J. WINTER,
and CHARLES SHAW,

          Defendants.
_____/

| | |
|---|---|
| Christopher R. Sciotti (P33501) | Russell S. Linden (P34863) |
| Attorney for Plaintiffs | Matthew S. Disbrow (P65378) |
| 24825 Little Mack | Honigman Miller Schwartz and Cohn LLP |
| St. Clair Shores, MI 48080 | Attorneys for Defendants |
| (586) 779-7810 | 2290 First National Building |
| | 660 Woodward Avenue |
| | Detroit, Michigan 48226-3506 |
| | (313) 465-7466 |

_____/

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned, Russell S. Linden, as counsel for Cranbrook Educational Community, John J. Winter, and Charles Shaw in the above-captioned matter.

          HONIGMAN MILLER SCHWARTZ AND COHN LLP
          Attorneys for Defendants

          By: /s/ Russell S. Linden_____
              Russell S. Linden (P34863)
              2290 First National Building
              660 Woodward Avenue
              Detroit, MI 48226
              (313) 465-7466

Dated:  August 4, 2010

## C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> S<span style="font-variant:small-caps">ervice</span>

  I hereby certify that on August 4, 2010, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system.

               s/ Russell S. Linden
               Honigman Miller Schwartz and Cohn LLP
               2290 First National Building
               660 Woodward Ave.
               Detroit, MI   48226
               (313) 465-7466
               rlinden@honigman.com
               (P34863)

DETROIT.4295538.1