UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHAEL DUPREE, JR.,
a Colorado Resident, MICHAEL
DUPREE, SR. and DARLENE
DUPREE, his parents, Residents
of the Country of Austria,

        Plaintiffs,

vs.

CRANBROOK EDUCATIONAL
COMMUNITY, JOHN J. WINTER,
and CHARLES SHAW,

        Defendants.
_____/

Case No. 2010-CV-12094-RHC-MKM

Honorable Robert H. Cleland

Christopher R. Sciotti (P 33501)
Attorney for Plaintiffs
24825 Little Mack
St. Clair Shores, MI 48080
(586) 779-7810

Russell S. Linden (P 34863)
Matthew S. Disbrow (P 65378)
Attorneys for Defendants
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7466
_____/

**PLAINTIFFS' PRELIMINARY WITNESS LIST**

     NOW COME the plaintiffs, Michael Dupree, Jr., Michael Dupree, Sr. and Darlene Dupree, by and through their attorneys, Thomas, Garvey, Garvey & Sciotti, and as their Preliminary Witness List state as follows:

1. Michael Dupree, Jr.

2. Michael Dupree, Sr.

3. Darlene Dupree

4. John J. Winter

5. Charles Shaw

6. Employees of Cranbrook Educational Community

7. Randy Bruder

8. Ali Mahmood

9. Galen Weise

10. Kirk Scheffler

11. Susan Scheffler

12. "Doc" Lamb

13. Robert Murphy

14. Deborah Rutzen

15. Arlyce Seibert

16. David Watson

17. James Pickett

18. Charlene Rencher

19. Mrs. Minor

20. IT Personnel from Cranbrook Educational Community

        Respectfully submitted,

        THOMAS, GARVEY, GARVEY & SCIOTTI


By:   /s/ Christopher R. Sciotti (P 333501)
     Christopher R. Sciotti (P 33501)
     Attorney for Plaintiffs
     24825 Little Mack
     St. Clair Shores, MI 48080
     (586) 779-7810