# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHAEL DUPREE, JR., a Colorado Resident,
MICHAEL DUPREE, SR. and DARLENE
DUPREE, his parents, Residents of the Country
of Austria,

        Plaintiffs,

vs.

CRANBROOK EDUCATIONAL
COMMUNITY, JOHN J. WINTER,
and CHARLES SHAW,

        Defendants.

_____/

Case No. 10-12094
Hon. Robert H. Cleland

Christopher R. Sciotti (P33501)
Attorney for Plaintiffs
24825 Little Mack
St. Clair Shores, MI 48080
(586) 779-7810

Russell S. Linden (P34863)
Matthew S. Disbrow (P65378)
Honigman Miller Schwartz and Cohn LLP
Attorneys for Defendants
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
(313) 465-7372

_____/

## **DEFENDANTS' WITNESS LIST**

NOW COMES Defendants Cranbrook Educational Community ("Cranbrook"), John J. Winter ("Winter"), and Charles Shaw ("Shaw") (collectively "Defendants"), by and through their attorneys, Honigman Miller Schwartz and Cohn LLP, and for their Witness List, list the following persons.

    1.    Plaintiff Michael Dupree, Jr., c/o Plaintiffs' attorney. He has knowledge of Plaintiffs' claims.

    2.    Plaintiff Michael Dupree, Sr., c/o Plaintiffs' attorney. He has knowledge of Plaintiffs' claims.

3. Plaintiff Darlene Dupree, c/o Plaintiffs' attorney. She has knowledge of Plaintiffs' claims.

4. Defendant John J. Winter, c/o Defendants' attorney. He has knowledge concerning the Cranbrook Schools Enrollment Contract, Michael J. Dupree, Jr.'s misconduct, Cranbrook's investigations thereof, the requirements for receiving a diploma from Cranbrook, Michael J. Dupree, Jr.'s dismissal from Cranbrook, and other issues relevant to Plaintiffs' claims and Defendants' defenses.

5. Defendant Charles Shaw, c/o Defendants' attorney. He has knowledge concerning the Cranbrook Schools Enrollment Contract, Michael J. Dupree, Jr.'s misconduct, Cranbrook's investigations thereof, the requirements for receiving a diploma from Cranbrook, Michael J. Dupree, Jr.'s dismissal from Cranbrook, and other issues relevant to Plaintiffs' claims and Defendants' defenses.

6. Arlyce Seibert, c/o Defendants' attorney. She has knowledge concerning the Cranbrook Schools Enrollment Contract, Michael J. Dupree, Jr.'s misconduct, Cranbrook's investigations thereof, the requirements for receiving a diploma from Cranbrook, Michael J. Dupree, Jr.'s dismissal from Cranbrook, and other issues relevant to Plaintiffs' claims and Defendants' defenses.

7. Sharon Peacock, c/o Defendants' attorney. She has knowledge concerning the Cranbrook Schools Enrollment Contract, Michael J. Dupree, Jr.'s misconduct, Cranbrook's investigations thereof, the requirements for receiving a diploma from Cranbrook, Michael J. Dupree, Jr.'s dismissal from Cranbrook, and other issues relevant to Plaintiffs' claims and Defendants' defenses.

8. Randy Tufts, c/o Defendants' attorney. He has knowledge concerning Michael J. Dupree, Jr.'s misconduct, Cranbrook's investigations thereof, the requirements for receiving a diploma from Cranbrook, Michael J. Dupree, Jr.'s dismissal from Cranbrook, and other issues relevant to Plaintiffs' claims and Defendants' defenses.

9. Charlene Rencher, c/o Defendants' attorney. She has knowledge concerning Michael J. Dupree, Jr.'s misconduct, Cranbrook's investigations thereof, the requirements for receiving a diploma from Cranbrook, Michael J. Dupree, Jr.'s dismissal from Cranbrook, and other issues relevant to Plaintiffs' claims and Defendants' defenses.

10. James Pickett, c/o Defendants' attorney. He has knowledge concerning Michael J. Dupree, Jr.'s misconduct, Cranbrook's investigations thereof, the requirements for receiving a diploma from Cranbrook, Michael J. Dupree, Jr.'s dismissal from Cranbrook, and other issues relevant to Plaintiffs' claims and Defendants' defenses.

11. Eric Laney. He may have information concerning Michael J. Dupree, Jr.'s misconduct while attending Cranbrook and other issues relevant to Plaintiffs' claims and Defendants' defenses.

12. Randy Bruder. He may have information concerning Michael J. Dupree, Jr.'s misconduct while attending Cranbrook and other issues relevant to Plaintiffs' claims and Defendants' defenses.

13. Hillary Brody. She has knowledge concerning Michael J. Dupree, Jr.'s misconduct while attending Cranbrook and other issues relevant to Plaintiffs' claims and Defendants' defenses.

14. Doug Ebert, c/o Defendants' attorney. He has knowledge concerning Michael J. Dupree, Jr.'s misconduct, Cranbrook's investigations thereof, and other issues relevant to Plaintiffs' claims and Defendants' defenses.

15. Scott Looney, c/o Defendants' attorney. He has knowledge concerning Michael J. Dupree, Jr.'s misconduct, Cranbrook's investigations thereof, and other issues relevant to Plaintiffs' claims and Defendants' defenses.

16. Tom DeCraene, c/o Defendants' attorney. He has knowledge concerning Michael J. Dupree, Jr.'s misconduct, Cranbrook's investigations thereof, and other issues relevant to Plaintiffs' claims and Defendants' defenses.

17. Mai Kazakos-Resh, c/o Defendants' attorney. She has knowledge concerning Michael J. Dupree, Jr.'s misconduct, Cranbrook's investigations thereof, and other issues relevant to Plaintiffs' claims and Defendants' defenses.

18. Charles Hopp, c/o Defendants' attorney. He has knowledge concerning Michael J. Dupree, Jr.'s misconduct, Cranbrook's investigations thereof, and other issues relevant to Plaintiffs' claims and Defendants' defenses.

19. Kirk Brain, c/o Defendants' attorney. He has knowledge concerning Michael J. Dupree, Jr.'s misconduct, Cranbrook's investigations thereof, and other issues relevant to Plaintiffs' claims and Defendants' defenses.

20. The custodian of records for Purdue University. He/she may have information concerning Michael J. Dupree, Jr.'s application to attend the school, the application process, and other issues relevant to Plaintiffs' claims and Defendants' defenses.

21. The custodian of records for Cabrillo College. He/she may have information concerning Michael J. Dupree, Jr.'s application to attend the school, the application process, and other issues relevant to Plaintiffs' claims and Defendants' defenses.

22. The custodian of records for Las Positas. He/she may have information concerning Michael J. Dupree, Jr.'s application to attend the school, the application process, and other issues relevant to Plaintiffs' claims and Defendants' defenses.

23. The custodian of records for California State University at Sacramento. He/she may have information concerning Michael J. Dupree, Jr.'s application to attend the school, the application process, and other issues relevant to Plaintiffs' claims and Defendants' defenses.

24. The custodian of records for the University of California System. He/she may have information concerning Michael J. Dupree, Jr.'s application to attend the schools in the University of California System, the application process, and other issues relevant to Plaintiffs' claims and Defendants' defenses.

25. Any and all witnesses listed on Plaintiffs' witness list.

26. Any and all witnesses that become known during the course of continuing discovery.

27. Rebuttal witnesses.

28. Defendant reserves the right to amend this witness list at any time up to the time of trial.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

By: /s/ Matthew S. Disbrow
    Russell S. Linden (P34863)
    Matthew S. Disbrow (P65378)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
(313) 465-7372

Dated:  September 17, 2010                    Attorneys for Defendants

## CERTIFICATE OF SERVICE

  I hereby certify that on September 17, 2010, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                Respectfully submitted,

                HONIGMAN MILLER SCHWARTZ AND COHN LLP
                Attorneys for Defendant
                By: /s/Matthew S. Disbrow
                  Russell S. Linden (P34863)
                  Matthew S. Disbrow (P65378)
                2290 First National Building
                660 Woodward Avenue
                Detroit, MI 48226-3506
                (313) 465-7466

Dated: September 17, 2010

DETROIT.4341371.1