UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHAEL DUPREE, JR.,
a Colorado Resident, MICHAEL
DUPREE, SR. and DARLENE
DUPREE, his parents, Residents
of the Country of Austria,

        Plaintiffs,

vs.

CRANBROOK EDUCATIONAL
COMMUNITY, JOHN J. WINTER,
and CHARLES SHAW,

        Defendants.
_____/

Case No. 2010-CV-12094-RHC-MKM

Honorable Robert H. Cleland

Christopher R. Sciotti (P 33501)
Attorney for Plaintiffs
24825 Little Mack
St. Clair Shores, MI 48080
(586) 779-7810

Russell S. Linden (P 34863)
Matthew S. Disbrow (P 65378)
Attorneys for Defendants
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7466
_____/

## STIPULATION TO ALLOW PLAINTIFFS TO FILE AN AMENDED COMPLAINT

It is hereby stipulated and agreed by and between the parties, through their respective counsel, that plaintiffs be allowed to file an Amended Complaint and add a Count of specific performance and equitable relief.

| | |
|---|---|
| /s/ Matthew S. Disbrow | /s/ Christopher R. Sciotti |
| Russell S. Linden (P 34863) | Christopher R. Sciotti (P 33501) |
| Matthew S. Disbrow (P 65378) | Attorney for Plaintiffs |
| Attorneys for Defendants | |

### ORDER ALLOWING PLAINTIFFS TO FILE AN AMENDED COMPLAINT

At a session of said Court held in the City of _____, County of _____, State of Michigan on _____

PRESENT: HONORABLE _____

Upon reading and filing the foregoing Stipulation and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that plaintiffs be allowed to file an Amended Complaint and add a Count of specific performance and equitable relief.

_____