MIE (Rev. 9/09) Order Re: Disqualification of Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHAEL DUPREE, JR., ET AL.,

                     Plaintiff(s),                           Case No.  10-CV-12094

v.                                              Honorable  Robert H. Cleland

CRANBROOK EDUCATIONAL COMMUNITY,
ET AL.,

                     Defendant(s).

_____/

ORDER RE: DISQUALIFICATION OF JUDGE

       Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

       IT IS ORDERED that in accordance with E.D. Mich. LR 83.11(d), this case be reassigned by blind draw to another judge of this court.

Date:  October 15, 2010                    s/Robert H. Cleland
                                        Robert H. Cleland
                                        U.S. District Judge

       Pursuant to this order, this case is reassigned to Judge  Nancy G Edmunds           .
Case assignment credit will be given to the appropriate Judicial Officers.

Certificate of Service

       I hereby certify that on this date a copy of the foreoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date:  October 15, 2010                    s/ S Schoenherr
                                        Deputy Clerk