UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHAEL DUPRESS, JR., ET AL.,

          Plaintiff(s),          Case No.  10-12094

v.          Honorable  Nancy G. Edmunds

CRANBROOK EDUCATINAL COMMUNITY, ET AL.,

          Defendant(s).
_____/

ORDER RE: DISQUALIFICATION OF JUDGE

    Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

    IT IS ORDERED that in accordance with E.D. Mich. LR 83.11(d), this case be reassigned by blind draw to another judge of this court.

Date:  October 15, 2010          s/Nancy G. Edmunds
          Nancy G. Edmunds
          U.S. District Judge

---

    Pursuant to this order, this case is reassigned to Judge  Lawrence P Zatkoff.
Case assignment credit will be given to the appropriate Judicial Officers.

Certificate of Service

    I hereby certify that on this date a copy of the foreoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date:  October 15, 2010          s/ S Schoenherr
          Deputy Clerk