UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHAEL DUPREE, JR.,
a Colorado Resident, MICHAEL
DUPREE, SR. and DARLENE
DUPREE, his parents, Residents
of the Country of Austria,

      Plaintiffs,

vs.

CRANBROOK EDUCATIONAL
COMMUNITY, JOHN J. WINTER,
and CHARLES SHAW,

      Defendants.
_____/

Case No. 2:10-CV-12094-LPZ-MKM

Hon. Lawrence P. Zatkoff
Magistrate Mona K. Majzoub

Christopher R. Sciotti (P33501)
Attorney for Plaintiffs
24825 Little Mack
St. Clair Shores, MI 48080
(586) 779-7810

Russell S. Linden (P34863)
Matthew S. Disbrow (P65378)
Honigman Miller Schwartz & Cohn LLP
Attorneys for Defendants
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI 48226
(313) 465-7466
_____/

## STIPULATION FOR ENTRY OF AN ORDER EXTENDING SCHEDULING DATES

Plaintiffs Michael Dupree Jr., Michael Dupree Sr., Darlene Dupree, and Defendants Cranbrook Educational Community, John J. Winter, and Charles Shaw, through their respective counsel, stipulate to the entry of the order extending scheduling dates attached hereto as Exhibit A.

Respectfully submitted,

| | |
|---|---|
| /s/ Christopher R. Sciotti (w/permission) | /s/ Russell S. Linden |
| Christopher R. Sciotti  (P33501) | Russell S. Linden  (P34863) |
| Attorney for Plaintiffs | Matthew S. Disbrow  (P65378) |
| 24825 Little Mack | Honigman Miller Schwartz & Cohn LLP |
| St. Clair Shores, MI 48080 | Attorneys for Defendants |
| | 2290 First National Bldg. |
| | 660 Woodward Ave. |
| | Detroit, MI 48226 |
| | (313) 465-7466 |
| Dated:  October 21, 2010 | Dated:  October 21, 2010 |