EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHAEL DUPREE, JR.,
a Colorado Resident, MICHAEL
DUPREE, SR. and DARLENE
DUPREE, his parents, Residents
of the Country of Austria,

    Plaintiffs,

vs.

CRANBROOK EDUCATIONAL
COMMUNITY, JOHN J. WINTER,
and CHARLES SHAW,

    Defendants.
_____/

Case No. 2:10-CV-12094-LPZ-MKM

Hon. Lawrence P. Zatkoff
Magistrate Mona K. Majzoub

Christopher R. Sciotti (P33501)
Attorney for Plaintiffs
24825 Little Mack
St. Clair Shores, MI 48080
(586) 779-7810

Russell S. Linden (P34863)
Matthew S. Disbrow (P65378)
Honigman Miller Schwartz & Cohn LLP
Attorneys for Defendants
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI 48226
(313) 465-7466

_____/

**STIPULATED ORDER EXTENDING SCHEDULING DATES**

At a session of the Court held in
Port Huron, Michigan on _____

PRESENT: Hon._____
                        U.S. District Judge

The parties having stipulated to entry of this order through their respective counsel and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that all remaining dates in the scheduling order shall be adjourned by 45 days to reflect the following dates:

A. Discovery cut off date:  December 30, 2010;

B. Deadline to file final witness lists:  December 16, 2010;

C. Dispositive motion deadline:  January 31, 2011;

D. Motions in limine deadline:  To be determined by the Court;

E. Joint final pretrial statement due:  To be determined by the Court;

F. Final pretrial/settlement conference:  To be determined by the Court; and

G. Trial:  To be determined by the Court.

IT IS FURTHER ORDERED that all other provisions in the current scheduling order shall remain unchanged.

_____
United States District Court Judge

STIPULATED AS TO ENTRY:

/s/ Christopher R. Sciotti (w/permission)
Christopher R. Sciotti  (P33501)
Attorney for Plaintiffs
24825 Little Mack
St. Clair Shores, MI 48080
(586) 779-7810

/s/ Russell S. Linden
Russell S. Linden  (P34863)
Matthew S. Disbrow  (P65378)
Honigman Miller Schwartz & Cohn LLP
Attorneys for Defendants
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI 48226
(313) 465-7466

Dated:  October 21, 2010

Dated:  October 21, 2010

8360324.1