UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHAEL DUPREE, JR.,
a Colorado Resident, MICHAEL
DUPREE, SR. and DARLENE
DUPREE, his parents, Residents
of the Country of Austria,

    Plaintiffs,

vs.

                                Case No. 2:10-CV-12094-LPZ-MKM

CRANBROOK EDUCATIONAL       Hon. Lawrence P. Zatkoff
COMMUNITY, JOHN J. WINTER,     Magistrate Mona K. Majzoub
and CHARLES SHAW,

    Defendants.
_____/

| Christopher R. Sciotti  (P33501) | Russell S. Linden  (P34863) |
|---|---|
| Attorney for Plaintiffs | Kimberly A. Yourchock (P72336) |
| 24825 Little Mack | Honigman Miller Schwartz & Cohn LLP |
| St. Clair Shores, MI 48080 | Attorneys for Defendants |
| (586) 779-7810 | 2290 First National Bldg., |
|  | 660 Woodward Ave. |
|  | Detroit, MI 48226 |
| _____/ | (313) 465-7466 |

## APPEARANCE

    Please enter the appearance of the undersigned as counsel for Defendants Cranbrook Educational Community, John J. Winter, and Charles Shaw in the above-captioned case.

                                        Respectfully submitted,

                                        HONIGMAN MILLER SCHWARTZ AND COHN LLP
                                        Attorneys for Defendant

                                        By: /s/  Kimberly A. Yourchock
                                              Kimberly A. Yourchock (P72336)
                                        2290 First National Building
                                        660 Woodward Avenue
                                        Detroit, MI 48226-3506
                                        (313) 465-7670
Dated:  November 12, 2010           kyourchock@honigman.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 12, 2010, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

      Respectfully submitted,

      HONIGMAN MILLER SCHWARTZ AND COHN LLP
      Attorneys for Defendant

      By: /s/ Kimberly A. Yourchock
          Russell S. Linden (P34863)
          Kimberly A. Yourchock (P72336)
      2290 First National Building
      660 Woodward Avenue
      Detroit, MI 48226-3506
      (313) 465-7670
      kyourchock@honigman.com

Dated: November 12, 2010

8453175.1