UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHAEL DUPREE, JR.,
a Colorado Resident, MICHAEL
DUPREE, SR. and DARLENE
DUPREE, his parents, Residents
of the Country of Austria,

     Plaintiffs,

vs.                                        Case No. 2:10-CV-12094-LPZ-MKM

CRANBROOK EDUCATIONAL        Hon. Lawrence P. Zatkoff
COMMUNITY, JOHN J. WINTER,     Magistrate Mona K. Majzoub
and CHARLES SHAW,

     Defendants.
_____/

Christopher R. Sciotti  (P33501)        Russell S. Linden  (P34863)
Attorney for Plaintiffs                    Kimberly A. Yourchock (P72336)
24825 Little Mack                       Honigman Miller Schwartz & Cohn LLP
St. Clair Shores, MI 48080             Attorneys for Defendants
(586) 779-7810                          2290 First National Bldg.
                                                  660 Woodward Ave.
                                                  Detroit, MI 48226
                                                  (313) 465-7466

_____/

**STIPULATED ORDER EXTENDING SCHEDULING DATES**

        The parties having stipulated to entry of this order through their respective counsel based on the unavailability of Plaintiff Michael Dupree, Jr. due to unexpected travel out of the country through the end of December 2010, and the Court being otherwise fully advised in the premises;

        IT IS HEREBY ORDERED that the discovery cut off date is extended until January 31, 2011;

        IT IS FURTHER ORDERED that the dispositive motion deadline is extended until March 2, 2011;

IT IS FURTHER ORDERED that all other provisions in the current scheduling order shall remain unchanged.

                                                    s/Lawrence P. Zatkoff
                                             United States District Court Judge

Dated: December 9, 2010

STIPULATED AS TO ENTRY:

| /s/ Christopher R. Sciotti (w/permission) | /s/ Kimberly A. Yourchock |
|---|---|
| Christopher R. Sciotti (P33501) | Russell S. Linden (P34863) |
| Attorney for Plaintiffs | Kimberly A. Yourchock (P72336) |
| 24825 Little Mack | Honigman Miller Schwartz & Cohn LLP |
| St. Clair Shores, MI 48080 | Attorneys for Defendants |
| (586) 779-7810 | 2290 First National Bldg. |
|  | 660 Woodward Ave. |
|  | Detroit, MI 48226 |
|  | (313) 465-7466 |
| Dated: December 7, 2010 | Dated: December 7, 2010 |