UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DUPREE, JR., a Colorado Resident,
MICHAEL DUPREE, SR. and DARLENE DUPREE,
his parents, Residents of the Country of Austria,

    Plaintiffs,

vs.

CRANBROOK EDUCATIONAL COMMUNITY,
JOHN J. WINTER and CHARLES SHAW,

    Defendants.
_____/

Case No. 2:10-CV-12094-LPZ-MKM
Hon. Hon. Lawrence P. Zatkoff
Magistrate Judge Mona K. Majzoub

| | |
|---|---|
| Christopher R. Sciotti (P33501) | Russell S. Linden (P34863) |
| Attorneys for Plaintiffs | Tara E. Mahoney (P68697) |
| 24825 Little Mack | Honigman Miller Schwartz and Cohn LLP |
| St. Clair Shores, MI 48080 | Attorneys for Defendants |
| (586) 779-7810 | 2290 First National Building |
| | 660 Woodward Avenue |
| | Detroit, MI 48226-3506 |
| | (313) 465-7466 |

_____/

**APPEARANCE**

To:    Clerk of the Court
       United States District Court
       for the Eastern District of Michigan
       231 W. Lafayette Blvd.
       Detroit, Michigan  48226

    Please enter the appearance of the undersigned as counsel for Defendants Cranbrook Educational Community, John J. Winter and Charles Shaw.

                                Respectfully submitted,

                                /s/Tara E. Mahoney
                                Honigman Miller Schwartz and Cohn LLP
                                660 Woodward Avenue, Ste. 2290
                                Detroit, MI 48226-3506
                                (313) 465-7370
                                tmahoney@honigman.com
                                P68697

Dated: March 2, 2011

**CERTIFICATE OF SERVICE**

      I hereby certify that, on March 2, 2011, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

                                    Respectfully submitted,

                                    /s/Tara E. Mahoney
                                  Honigman Miller Schwartz and Cohn LLP
                                  660 Woodward Avenue, Ste. 2290
                                  Detroit, MI 48226-3506
                                  (313) 465-7370
                                  tmahoney@honigman.com
Dated:  March 2, 2011                P68697

8841505.1