# EXHIBIT LIST

| NUMBER | DESCRIPTION |
| --- | --- |
| 1. | 2003-2004 Enrollment Contract |
| 2. | 2003-2004 Community Handbook |
| 3. | November 3, 2003 Letter |
| 4. | March 12, 2004 Letter |
| 5. | May 25, 2004 Investigation Memo |
| 6. | Cheezy.com Page |
| 7. | June 1, 2004 Letter |
| 8. | Academic Transcript |
| 9. | Permission to Release School Records Form |
| 10. | Case - *Poydras v One West Bank* |
| 11. | Case - *Waris v Frick* |
| 12. | Case – *Rodriguez v Due Process of Michigan, Inc.* |
| 13. | Case – *Kaul v Raina* |
| 14. | Case - *Jersevic v Kuhl* |
|  | Michael Dupree, Jr. Deposition Transcript |
|  | Darlene Dupree Deposition Transcript |
|  | John Winter Deposition Transcript |
|  | Charles Shaw Deposition Transcript |
|  | Michael Dupree, Sr. Deposition Transcript |
|  | Arlyce Sierbert Deposition Transcript |

8843145.1