# EXHIBIT 2

# CRANBROOK KINGSWOOD
## UPPER SCHOOL

 

**2003-2004**

## COMMUNITY HANDBOOK

CB000661

# WELCOME

Cranbrook Kingswood is an exciting and dynamic community in which to live, learn and study. Based on the founders', George and Ellen Booth, dream of providing educational opportunities for youth, the school offers an array of academics, athletic and personal challenges. We hope that this academic year will see you accept those challenges.

This handbook provides the basis for the code of conduct underlying the schools' two mottoes, "Aim High" and "Enter to Learn, Go forth to Serve." In familiarizing yourself with this Handbook, you will become more aware of your role and the school's commitment to excellence, social responsibility and community living.

On behalf of the faculty and staff, I wish you the best as you become part of this extraordinary educational community.

*Arlyce M. Seibert*
*Director of Schools*

Titling this a "Community" handbook is our commitment to maintaining an inclusive community in which students, parents, faculty and staff all strive together to reach our highest aspirations. Please read carefully the section on mission, principles, and goals that follows. The information contained within applies to us all as a community of interconnectedness.

As an educational community we reflect continuously on shared values and expectations. Yet we also are a community of diverse individuals with many dreams, skills, and experiences. This dichotomy creates a dynamic tension within our community, a tension between our bond and our individuality. This tension can be a source of great strength to our community if it is kept in a good balance.

To achieve and maintain that balance, we need a stated set of policies and procedures that articulate our rights and our responsibilities. These statements assist us in both our individual and collective pursuits. Hence, this *Handbook* serves a critical need. I do expect that each of us will commit ourselves, not only to the prescribed expectations and standards contained herein, but also to the spirit of our school community.

If you ever have a question, concern or idea, please share it so that we can discuss it together. By working collaboratively we will continue to improve and strengthen our community.

I share your excitement and energy, as we look forward to another great year at Cranbrook Kingswood.

*Charles T. Shaw*
*Acting Head of Upper School*

i

CB000662

# TABLE OF CONTENTS

WELCOME.................................................................................i

TABLE OF CONTENTS ...........................................................ii

INDEX ...........................................................................iii-iv

DIRECTORS MESSAGE .......................................................1-3

GUIDING PRINCIPLES ...........................................................4

UPPER SCHOOL GOALS.........................................................5

TRADITIONS AND SPECIAL EVENTS .................................6-10

SCHOOL SONGS.....................................................................8

RECOGNITIONS AND AWARDS ..............................................9

UPPER SCHOOL AWARDS ....................................................10

ACADEMIC LIFE ..............................................................11-26

STUDENT LIFE................................................................27-46

RESIDENTIAL LIFE..........................................................47-68

CONDUCT RULES AND EXPECTATIONS .........................69-90

PARENT INFORMATION .................................................91-108

DIRECTORY ..................................................................109-117

ORGANIZATIONAL CHART ...................................................118

UPPER SCHOOL CALENDAR AND DAILY SCHEDULE............119-122

MAP .......................................................... Inside Back Cover

CB000663



# CONDUCT RULES AND EXPECTATIONS

CB000733

## Community Standards

Students are expected to help create a community of trust by adhering to high standards of conduct in and out of the classroom. **Inherent in these standards is the belief that honesty, integrity, safety, self-respect, and respect for one another are the principles that our community values most.** The protection of these values depends on common sense, courtesy, individual participation in constructive behavior, and thoughtful and sensitive awareness of others. Members of our community come from diverse cultural, religious, economic, and ethnic backgrounds, and it is the responsibility of all to honor the individual differences of others.

The goal of the school's disciplinary system is to provide a student with a set of common standards which define expectations, set limits for social behavior, and foster a sense of responsibility for the school community and for one's self.

## Behavior Violations

- **Students are held accountable for their participation in actions that violate the values and standards of the community.** Disruptive, disrespectful and demeaning behavior in the classroom or in any area of school life will be addressed.
- In addition to a meeting with the Dean of Students (and/or faculty, adviser and parents), the student should expect consequences such as conduct warning, work duty, detention or conduct probation.
- **Any continued pattern of behavior occurring after such a meeting and/or warning will cause the student to be subject to further discipline including dismissal or refusal of the next year's enrollment.**

## Major School Rule Violations

Community standards of integrity, respect, and personal and community health and safety are integral to school life in and out of the classroom. Each of the following actions is considered a violation of one of these common standards and thus a major school-rule violation. Students whose behavior contributes to the violation of these standards should expect to face the discipline process. Such violations are addressed through a meeting with the Dean of Boys or Dean of Girls; a hearing before the Conduct Review Board; or, in certain cases, a process of administrative review.

- **Violations of respect for people and property**
  1. Use of inappropriate, demeaning, vulgar, profane or obscene language, writing, or gestures that imply disrespect; also inappropriately intimate gestures or behaviors.
  2. Vandalism or abuse of school or personal property.

70

CB000734

- **Integrity Violations**
  1. Lying.  N.B. lying in the course of any part of a disciplinary process may result in dismissal.
  2. Cheating, including plagiarism. (See *Academic Integrity*)
  3. Stealing (or possessing items known to belong to others); also includes unauthorized use of student I.D., telephone codes, computer I.D. or computer accounts.
  4. Any violation of the Cranbrook Technology Use Policy.

- **Endangerment of the safety of individuals, community and others**
  *Any student whose behavior compromises the authority, safety or security of the School or any of its members is subject to immediate dismissal.*
  1. Verbal or physical abuse, threatening language or behavior, dangerous physical contact.
  2. Initiation, hazing or harassment, as defined under *Harassment*.
  3. Possession or use of any school key or entry device not assigned to the student.
  4. Tampering with fire extinguishers, smoke alarms or emergency light equipment.
  5. Driving recklessly on campus.
  6. Not complying with procedures required during evacuation drills or other safety related measures.
  7. Accessing construction sites closed to the public.
  8. Possession or use of weapons, e.g., firearms, facsimile guns; air guns, including BB guns, paint-pellet or spring-loaded, compressed air pellet guns of any kind; knives that have blades three inches or longer.
  9. Any violation of a State or Federal law while under the jurisdiction of the school.  The School also reserves the right, in extenuating circumstances, to hold students accountable for public behaviors (i.e., away from school) that are a violation of the standards of the school community. (See also Jurisdiction)

*The following are violations for all students but are of special relevance to resident students and their guests:*
  10. Failure to sign out properly when leaving the residence hall; leaving the residence hall after curfew.
  11. Being in the residence hall room of a student of the opposite sex.
  12. Possession or use of candles, incense or other combustibles in the residence hall.

71

CB000735

- **Use of substances as a health and safety issue**
  1. Use or possession of alcohol or any controlled substance or dangerous drug as defined by State and Federal law, including but not limited to marijuana, any narcotic drug or hallucinogen, inhalant, any stimulant or depressant, steroids or look-alike drugs/beverages.
  2. Improper use of over-the-counter medications or improper use of any form of inhalant.
  3. Possession of paraphernalia for use of drugs or alcohol.
  4. Facilitating the use of drugs or alcohol, or otherwise participating (even if not using, i.e., being in the presence of drugs or alcohol). Note: For health and safety reasons, school officials reserve the right to notify parents or local authorities when they receive information concerning an off-campus event at which drugs or alcohol will be available to minors. (See *Safe Homes* and *Parent Awareness Network* and *Drug and Alcohol Policy*)
  5. Use of any tobacco product on school grounds or while on school-sponsored trips.  Possession of tobacco products will also result in a discipline response.

## Academic Integrity

To maintain an atmosphere of mutual trust and confidence amongst students and faculty and to ensure that each student is judged solely on her or his own performance, Cranbrook Kingswood Upper School adheres to a strict code of academic integrity.  Central to this code is the expectation that students develop their work honestly and fairly.

The scope of actions that fall under this code is intentionally broad. They include, but are not limited to, plagiarism in all its forms, cheating, manipulating and/or destroying the work of others and improper use of technology.  Some examples of academic dishonesty include:

- giving or receiving aid on any assigned work (including homework) or during a quiz, test, exam, or other assessment exercise
- failing to distinguish carefully and clearly between one's work and ideas and information from another source, i.e., plagiarism (see below)
- misrepresenting the type or amount of work completed (e.g., fabricating laboratory data/reports)
- misusing school resources, including the library, computers or the school's technology network
- possessing any teacher's editions of texts (or other teacher's instructional materials) without permission of the teacher

CB000736

### Responses to Violations of Academic Integrity
The school responds to violations of academic integrity according to departmental policies and the School's discipline process. The responses are commensurate with the nature of the offenses. Students who violate academic integrity can expect the following to occur:

- The teacher brings the act of academic honesty (including plagiarism and cheating) to the attention of the department head. The adviser and appropriate dean of students are also notified.
- Typically, if the violation is the student's first violation of academic integrity for the year **and** if it occurs on a minor assignment (including homework, minor quiz or lab) **and** if the student is not already on discipline status, the situation is resolved with the department head and the teacher. The appropriate dean, adviser and parents are informed.
- There is a more serious reaction if the violation occurs on a major quiz, test, paper, report, lab practicum, **or** if it is the student's second instance of a lesser infraction (including homework, minor quiz or lab). The infraction is also more serious if it occurs when the student has discipline status. In these instances, the integrity violation is assessed by the department head and then brought to the appropriate dean of students for the disciplinary process (which may include a Conduct Review Board meeting). The work which has been submitted in such instances will be evaluated according to departmental policy.
- Academic penalties are determined by the department head in consultation with the department members, while citizenship penalties are determined in the discipline process which is overseen by the deans of students.
- The student who plagiarizes or cheats should expect an academic penalty (e.g., lowering of the quarter grade, lowering of the assignment grade, loss of credit for the work re-submitted.
- Typically, in the case of plagiarism, the student's paper is considered unacceptable and is returned for rewriting.

### Plagiarism
Plagiarism is a form of stealing which is a fundamental breach of ethics in an academic community. Students are expected to know what plagiarism is and to ask their teachers if they have any questions concerning the proper use of resources. There are many examples of plagiarism; for instance, a student plagiarizes when:

- the same work is submitted to two separate classes
- work is submitted that has been done by a tutor, another adult or another student
- work is submitted as one's own without proper citations
- work is submitted that is copied from any other source, including other students, the Internet, websites, etc.

73

## Disciplinary Procedures

There are several ways in which the School responds to a violation of a major school rule or to a pattern or repetition of other behavior violations (for example, unexcused absences, driving or parking violations, dress code violations, etc.).

**1. Conduct Review Board Procedures:** A student who violates a major school rule or has a pattern/repetition of other violations may be called before the Conduct Review Board, made up of either or both of the Deans of Students and appointed faculty members and senior students. Parents are notified of the hearing beforehand, if possible, and informed of the decision after recommendation of the Conduct Review Board has been approved. (Parents or any other parties not associated professionally with the school are not permitted to attend the Conduct Review Board meeting.) The student's adviser and house adviser (if appropriate) are invited to attend the meeting. (The student may ask that another faculty member also attend.)

CRB meetings are conducted in a manner that teaches. The student is given an opportunity to discuss the discipline matter with peers and adults in ways that will help her or him amend behaviors. The student is expected to explain the circumstances of the rule violation in an honest and forthright manner. If the student is dishonest she/he should expect to be dismissed. The adviser is permitted but not required to speak on the student's behalf. In private, members of the Conduct Review Board assess the incident and recommend consequences for the conduct to the Head of the Upper School for final approval. In the case of a recommendation for dismissal, the Head of the Upper School and the Director of Schools must give approval.

**2. Administrative Review:** The school reserves the right to implement this process in lieu of a Conduct Review Board meeting. In this situation Upper School Deans meet with the Head of the Upper School to make a recommendation to the Director of Schools.

**3. Meeting with the Dean of Students:** The Deans meet with students to discuss problem behavior and violations of various kinds. These meetings are intended to help the student make appropriate changes and avoid future, more serious consequences. Students and parents should expect that in certain circumstances, when the student has broken a major school rule or has a pattern of other violations, she/he may be placed on conduct probation directly by the Dean of Boys or Dean of Girls.

74

CB000738

The Dean may also make this decision if a student has already received a conduct warning and conduct probation is the next step. (See *Disciplinary Consequences*)   Sometimes, at such a meeting with the student, the Dean is joined by the student's adviser and/or one or more representatives of the Conduct Review Board.
**Note: Any situation that may involve a lengthy probation, a suspension of two or more days or a dismissal must go to either a Conduct Review Board or an administrative review.**

## Disciplinary Reactions

Consequences vary according to the seriousness of the offense and the student's record of conduct.  The most informal reaction is a meeting with the Dean of Students in which there is discussion and, if needed, a verbal warning.  More serious consequences include the following:

- **Conduct Warning Level 1:**  A student who is unexcused from class or excessively tardy, is disruptive in class, has dress code violations, or a driving or parking violation, or in minor ways violates community standards, will receive a Conduct Warning level 1 for a specified amount of time by the appropriate Dean.  The student will receive consequences for her or his behavior and may be required to meet with a school counselor to discuss strategies to curtail the behavior.

- **Conduct Warning Level 2:**  The student who commits more serious infractions or continues to violate community standards will receive consequences and a Conduct Warning level 2 for a specified amount of time.  The student may also be required to meet with a school counselor to discuss strategies to curtail the behavior.  This may be a final warning prior to more serious discipline, e.g., conduct probation, suspension or dismissal.

- **Conduct Probation:** Students who violate a major school rule or have a pattern of other behavior violations can expect to be placed on Conduct Probation for an extended length of time (they may also be dismissed).  The student may be required to meet with a school counselor to discuss strategies to curtail the behavior.  During Conduct Probation, if the student violates any school rules, she or he is subject to immediate dismissal. **(Note: Before the end of the probationary period, the student on conduct probation is required to petition in writing to the Dean in order to have the probation end.)**  Conduct Probation can negatively affect certain privileges, including re-enrollment, Honor Roll, Senior May Project and the process of college admission.

75

CB000739

- **Suspension of one or more days:** A student is suspended for repeated violations or for a more serious major school rule infraction. Any student suspended from school may not participate in any school activity through the term of the suspension. The student is not allowed on campus unless she/he has received an in-school suspension. A suspended student must contact teachers for work assigned during her or his absence and be responsible for its completion upon return to school; deadline extensions will not be given to the suspended student. Individual teachers may choose to deny credit for work done during suspension, particularly in instances involving cheating or plagiarism.

- **Suspension and consequences on student leadership positions:** A student who is suspended for two or more days will lose her/his leadership positions (e.g., as officer in a school organization, or captain of a school team). A one-day suspension will not result in the loss of a leadership position unless there is a recommendation coming from the discipline process. If there is no recommendation, the appropriate faculty and administrators may decide to withdraw the student's leadership. (For teams, the faculty involved in making the decision include the head coach and athletic director; for organizations, the adviser to the activity and the appropriate dean of students will decide.)

- **Restrictions, work duty, community service, etc:** In addition to being given a Conduct Warning or being placed on Conduct Probation, a student is expected to fulfill conditions related to the school's response to the offense.

- **Special conditions attached to discipline consequences:** In conjunction with receiving a warning, being placed on Conduct Probation and/or being suspended, students are often expected to comply with requirements including (a) restriction/suspension from activities including school-related events, performances and athletic participation; (b) participation in school service (such as work duty on campus) or community service.

- **Dismissal:** A student is dismissed if the offense is very serious in the eyes of the community, or if the student has already broken a major school rule or already has a pattern of any rule violations. Dismissal occurs with the recommendation of the Conduct Review Board or the administrative review process. A dismissal requires the approval of the Head of the Upper School and Director of Schools. A student who has been dismissed or who has withdrawn from school for discipline reasons cannot be on campus without the specific permission of the Dean of Boys or Dean of Girls, or the Head of the Upper School. Parents, adviser and house adviser are notified in writing on any of these discipline consequences. See *College Counseling* (page 22) for information on the reporting discipline matters to colleges or universities.

CB000740

## Jurisdiction

Day students are under the School's jurisdiction when they are on campus and when they are at any school-sponsored activity away from school. **The School reserves the right, in extenuating circumstances, to hold students accountable for public behaviors (i.e., away from school) that are infractions of the standards of the school community or state or federal law.**

Resident students are under the School's jurisdiction at all times during the school year except when on holiday breaks or when properly signed out to a responsible adult (e.g., guardian, parents, or parents of a classmate). **If both day and resident students violate a major school rule, as listed in the Handbook, in an incident away from campus, the School reserves the right to exercise jurisdiction over all students.**

## Drug and Alcohol Policy

Out of concern for the health and safety of our students, the School will notify parents or local authorities if it learns of an unchaperoned party or gathering. While it is likely that the School will suspend or dismiss a student who is known to use or possess drugs or alcohol, it will respond with assistance and support for any student who seeks help with problems of this nature. Every effort will be made to provide appropriate support services to any student who seeks confidential counseling or guidance through the auspices of a dean, counselor, faculty member or member of Student Concerns. However, any student selling or distributing drugs or alcohol can expect to be dismissed from school.

## Medical Withdrawal

A medical withdrawal is reserved for the student who for reasons of physical or emotional illness cannot meet the attendance requirements of the school. In certain situations when it is determined that a student is in serious difficulty and requires intervention, Health Services may be asked to evaluate a student for a possible medical withdrawal rather than consider disciplinary action. Medical details surrounding the withdrawal will be considered confidential. Release of medical information will require consent and will not be part of the academic record.

77

CB000741

# ATTENDANCE POLICY

Attendance is a basic expectation. Unnecessary absences and tardiness are strongly discouraged; they diminish the student's educational experience and are disruptive to individual students, classes, teachers, and the School community. Besides classes, a student's academic day obligations also include assemblies, class meetings, adviser-advisee meetings, and special programs (including Day of Dialogue, The World Affairs Seminar, etc.). Outside the academic day, obligations may include intramural or interscholastic sports (see *Athletic Requirement* in the Handbook).

Students may miss obligations if they are ill, or are away due to family emergencies, school-related activities or school-approved college visits. Other absences are strongly discouraged. All class absences are reported to families at the end of each quarter.

Parents are urged to contact one of the Deans (Deans of Students or Academic Deans) if they have concerns about their student's ability to attend obligations or if they have any questions on the policy which is detailed below.

## Reminders for Day Students and Their Parents

- Parents of day students are required to report their daughter's or son's absence on each day of an absence (before 9:00 a.m. please). A message can be left on voice mail at either Deans of Students Office 24 hours a day.
  **Cranbrook (Boys): 645-3600; Kingswood (Girls): 645-3400**
- Assignments may be gathered by the end of the day for the student (and picked up, faxed or e-mailed) if they are requested by **9:00 a.m.**
- It is important for parents to indicate reason for the absence (e.g., "_____ is ill today"). Absences which are not identified by parents as illness, doctor's appointment, college visit, travel, etc. will be recorded as "non-disclosed." (Non-disclosed absences will need documentation if a student is in jeopardy of losing credit for a class due to excessive absences. See *Academic Penalties and Loss of Academic Credit Due to Excessive Absences* in this Handbook section.)
- Students should expect unexcused absences for any "skips." **Seniors and their parents: Please note that the School does not recognize skip days; such absences are disruptive and are considered unexcused.**
- Families should schedule off-campus appointments during the student's open periods or after school.

78

CB000742

- It is essential that not only classes but also other obligations be respected:  Assemblies, class meetings, adviser-advisee meetings, and special programs (Day of Dialogue, The World Affairs Seminar, etc.) are an essential part of curriculum, student support and community life.
- Students may not miss classes in order to study, or to complete other assignments or work (including the preparation of college admissions materials, etc.).
- Once at school, day students are expected to see the nurse or come to the Dean of Students Office if they feel they need to miss a class due to illness or other personal reason.  In these circumstances, parents do not excuse the student without communication with the nurse or the Dean's Office.  For health and safety reasons, students are not allowed to leave campus without such communication.  (Note that students who leave campus without permission are breaking a major school rule.)

## Reminders for Resident Students and Their Parents

- Resident students who are ill must see the nurse, or if not available, the dorm office administrative assistant or Dean of Students if they need to miss an obligation; otherwise, they will be considered to have an unexcused absence for each class missed.  A call from a resident student's parents is not sufficient; the student must see the nurse.
- The same policy applies to students who face personally demanding or urgent situations. A call from the resident student's parents is not sufficient to excuse a student from class.  For health and safety reasons, it is important that a responsible adult on campus (nurse, counselor, Dean of Students, dean's assistant, house adviser) be aware of any problem that would cause a student to miss class.
- Students may not miss classes in order to study, or to complete other assignments or work (including the preparation of college admissions materials, etc.).
- Families should schedule off-campus appointments during the student's free periods or after school.  It is essential that not only classes but also other obligations be respected:  Assemblies, class meetings, adviser-advisee meetings, and special programs (Day of Dialogue, The World Affairs Seminar, etc.) are an essential part of curriculum, student support, and community life.

79

CB000743

## Academic Penalties and Loss of Credit Due to Excessive Absences

Teachers notify students of their course policies (consistent with School practice) on absences, including make-up work on return from absences, as well as penalties (e.g., diminished/no credit) for work missed because of unexcused absences.

At any time during the semester, a teacher may raise a concern about a student's attendance (i.e., the number of absences or tardies; the pattern of absences on certain days, including those on which assignments are due). This concern may result in some consequences, including a close monitoring and documentation of future absences.

**Loss of Credit:** Faculty depend on students' presence and participation in class for their own learning and for the progress of the class as a whole. Sometimes absences, notably those due to illness, are unavoidable. In other instances, the absences (i.e., when based on personal choice) may be avoided. It is the student's responsibility to make choices which do not remove her/him from class excessively, i.e., fifteen or more times during a semester. Students and their parents are encouraged to contact the Academic Dean or Dean of Students if they have concerns about choices of activities in or out of school which could remove the student from numerous classes.

**Students should expect to lose academic credit in any course once they accrue fifteen or more absences within the semester.** According to this policy, both excused and unexcused absences (including tardies of fifteen or more minutes) are counted. Before notification of loss of credit (that is, when the student's absences reach eight or more), the family will receive a reminder of this loss of credit policy. At that time the parents or student may request a meeting to review the student's attendance.

**Upon notification of loss of credit, it is the responsibility of students and their parents to petition if they wish to appeal the loss of credit. This petition must be directed to the appropriate Academic Dean and Dean of Students for consideration. If the family appeals, the student's attendance will be the subject of an administrative review by the appropriate Academic Dean, Department Head, and Dean of Students, with the input of the appropriate teacher and the adviser. For this purpose it is essential that parents present documentation of the reasons for their student's absences.**

The student who loses credit in the course receives either a WP (withdrawn passing) or a WF (withdrawn failing), depending on her/his academic status at the time of withdrawal. It is the student's obligation to attend all classes prior to and throughout the petitioning process.

80

CB000744

(Note for seniors: In the event a withdrawal jeopardizes the fulfillment of graduation requirements, a recommendation will be taken to the faculty for discussion and vote; the Head of the Upper School will determine the final decision.)

## Unexcused Absences

1. All unexcused absences are reported by the Dean of Students Office to parents by telephone and/or mail.
2. An unexcused tardy of fifteen or more minutes in a class is considered to be an unexcused absence.
3. If the absence is unexcused, the student should expect to receive diminished or no credit (i.e., an E (50%) for any assignment such as a homework, quiz, test, or paper due that class period.
4. A student with an unexcused absence in a school obligation is assigned to a class period of study detention for each period of class or obligation missed. *Note on detentions:* Students are expected to serve detentions no later than one week from the missed obligation. Failure to serve detention may result in an additional unexcused absence and/or a Conduct Warning level 1.
5. A student who accumulates three unexcused absences should expect a meeting with the Dean of Students and or adviser. The student also receives a Conduct Warning level 1. Additional absences (4th through 6th) result in a Conduct Warning level 2.
6. Any student with seven or more unexcused absences should expect to be placed on Conduct Probation by the Dean, or as a result of a recommendation by the Conduct Review Board.
7. Additional unexcused absences may result in dismissal.

## Unexcused Tardies

Whenever a student is tardy to class, she/he should verify with the teacher whether the tardy is excused or unexcused. Three unexcused tardies will be considered an unexcused absence. (See *above: Unexcused Absences*.) Faculty will report accumulations of tardies to the Deans of Students. A tardiness of fifteen or more minutes is considered to be an unexcused absence.

## Passes to Return to Class After Absences

Students who have been absent must come to either Dean's Office for a pass before returning to any class. The pass authorizes the teacher to readmit the student and count this absence as either excused or unexcused. (Rather than miss class time to go to the Dean's Office, students should pick up their passes before school or during their breaks.)

## Illness or Emergencies During the School Day

Students who become ill during the day must see the nurse before going home or returning to the residence hall.

81

If a nurse is unavailable, students must report to the Dean's Office. Day students should never leave campus without securing permission (leaving campus without permission is a violation of a major school rule). Even if a parent is aware and has given permission, the student must first report to the nurse or the Dean's Office. If students do not follow this procedure, their absence will be considered unexcused. Students with emergencies or urgent needs (e.g., to leave campus) must first report to the Dean's Office.

## Absences for College Visits

See the policy outlined in *College Visits* in the Academic Life section of this Handbook.

## Absences for Travel or Family/Student Activities and Non-Essential Reasons

Unnecessary absences are strongly discouraged; they diminish the student's academic experience and are greatly disruptive to individual students, classes, teachers and the School community. **Missing school for reasons other than illness or family emergencies is strongly discouraged. The following important guidelines should be heeded:**

- **Off-campus appointments should be scheduled during the** student's free periods or after school. It is essential that not only classes but also other obligations be respected: Assemblies, class meetings, adviser-advisee meetings, and special programs (Day of Dialogue, The World Affairs Seminar, etc.) are an essential part of curriculum, student support, and community life.
- **Family/student travel and school vacations:** Families are expected to observe the scheduled vacation/ holiday breaks in the yearly school calendar when they remove the student from school. In particular, before making any plans to remove the student from a class, they should review *Academic Penalties and Loss of Academic Credit Due to Excessive Absences.* The policy states that students should expect to lose academic credit in any course once they accrue fifteen or more absences within the semester.
- **The *Proposed Absence due to Travel or Student/Family Activity.*** This form is secured directly from either the appropriate Academic Dean or Dean of Students. It must be turned in to the same dean at least one week (seven days) before the absence. If the absence is properly verified, make-up work (including tests, quizzes and papers) is due on the day of return. If the absence is not properly verified and turned in on time, the student should expect to receive discipline consequence (such as a Conduct Warning level 1) and/or an academic consequence: diminished or no credit (i.e., an E [50%] for any assignment, such as a homework, quiz, test, paper due the class period she/he misses class.

CB000746

- Regarding early departures before (or late returns after) long week-ends or major breaks: There are three major breaks scheduled in the school year as well as several long weekends. Families are strongly discouraged from removing students from class either before or after these breaks. Students should miss classes only in extenuating circumstances such as when international flights are not available. If a student must be absent, she/he must turn in the *Proposed Absence due to Travel or Student/Family Activity* form no later than one week (seven days) before the absence. Before making any plans to remove the student from classes, families should review *Academic Penalties and Loss of Academic Credit Due to Excessive Absences* in this section of the Handbook. The policy states that students should expect to lose academic credit in any course once they accrue fifteen or more absences within the semester.

- Recreational and other unnecessary travel is strongly discouraged. If a student must be absent, she/he must turn in the *Proposed Absence due to Travel or Family/Student Activity* form no later than two weeks school (fourteen days) before the absence. Before making any plans to remove the student from classes, families should review *Academic Penalties and Loss of Academic Credit Due to Excessive Absences*. The policy states that students should expect to lose academic credit in any course once they accrue fifteen or more absences within the semester.

- Sometimes parents make the decision to remove the student from classes. In these situations the student does not have a choice and therefore will not be penalized with unexcused absences. However, when the student has a choice to remain in school and does not, she/he should expect to receive unexcused absences with all the appropriate consequences (see *Unexcused Absences*).

- Absences for College Visits are approved and verified through the College Counseling Office. Students are allowed academic make-up days equal to the number missed for the visit.

- Absences which are not verified by *College Visit* or *Proposed Absence due to Travel or Family/Student Activity* forms will be considered unexcused.

83

CB000747

## Severe Weather Procedures

The decision to close school because of weather conditions will normally be made prior to 6:00 a.m. (In case of rapidly changing weather conditions, the decision could be made as late as 6:45 a.m.) Parents and students are advised to listen to the local radio and television stations for school closing information. The following television and radio stations broadcast school closings for the Detroit area:

WJBK-TV  (Ch. 2)
WXYZ-TV  (Ch. 7)
WWJ-AM  (950)
WMJC-FM  (94.7)
WJOI-FM  (97.1)
WDET-FM  (101.9)
WOMC-FM  (104.3)

WDIV-TV  (Ch. 4)
WJR-AM  (760)
WPON-AM  (1460)
WHYT-FM  (96.3)
WNIC-FM  (100.3)
WMUZ-FM  (103.5)
WWWW-FM  (106.7)

84

CB000748

# DRESS CODE

During the academic day (8:00 a.m. – 3:20 p.m.) Cranbrook Kingswood students are required to dress according to standards that respect our learning environment. While students have the right to express their individuality, their clothing and footwear should be **appropriate, neat and clean** and should also comply with the expectations described below.

<u>Regular Dress Days</u> **(usually Tuesday-Friday):**
<u>Boys</u>:   dress shirts, turtlenecks, knit shirts, sweaters, T-shirts (plain, CK or college), slacks, shorts when seasonably appropriate (Sept.-Oct. & April-June).

<u>Girls</u>:   dresses, skirts, blouses, sweaters, appropriate T-shirts (plain, CK or college), slacks, shorts when seasonably appropriate (Sept.-Oct. & April-June).

**Some clothing is never allowed during the academic day:**
- No denim (pants, including blue jeans; skirts, jackets, etc.). Students may wear denim on designated Jeans Days.
- No undershirts. (T-shirts and sweatshirts are permitted with Cranbrook Kingswood or college names only.)
- No sweat pants, warm-up pants, velours, spandex, pajama bottoms, sleepwear or athletic shorts.
- No camouflage.
- No revealing or tight clothing; no bare midriffs.
- No shorts or skirts above mid-thigh; undergarments should not be visible.
- No tops with spaghetti straps, no tank tops.
- No frayed clothing.
- No head coverings (for example, bandanas, hats, caps, hoods in the academic buildings and the dining halls. (Head bands are allowed.)
- No bare feet.

<u>Formal Dress Days</u> **(Monday unless otherwise noted):**
Students are expected to use a *higher* level of standards for all clothing—including outerwear—and footwear
<u>Boys</u>:   dress shirts with ties and dress slacks **(no cargo or parachute** pants).  **No flip-flop sandals.** On special formal occasions, boys may be expected to wear sports jackets.

85

CB000749

<u>Girls:</u>  dresses, or tailored/dressy tops with dressy/tailored slacks or skirts. **No** T-shirts. **No** flip-flop sandals.

<u>Game Days</u>: Do not wear CK game day attire that does not fit the dress code—**No** warm-up pants, athletic shorts. Most team attire is not appropriate for formal dress days. Team attire must have approval from the athletic director and the campus Deans.

<u>Jeans Days</u>: On Jeans Days (monthly, typically the last Friday), students are expected to be in regular dress code except for denim pants, skirts, dresses, shirts, etc.

<u>Violations</u>: Students who violate the dress code are reported to the Dean's Office. The typical discipline consequence is detention. More serious or repeated violations (three or more per semester) will lead to more serious consequences such as being excluded from class or being placed on Conduct Warning.

## USE OF MOTOR VEHICLES

The privilege of student driving allows students convenient, even necessary transportation to school. However, driving is also a serious responsibility for students and their families. Parents and students should review together School expectations.

### Permissions

Due to limited parking areas, only **Junior and Senior day students** are allowed to drive to school. The only exceptions are those Sophomores who have applied to the Dean of Students and have been granted permission due to special family circumstances. Senior resident students in good standing are allowed to drive, and junior residents with special needs may apply for permission to have a car on campus. (See *Residential Life*.) Shuttle bus service between Cranbrook and Kingswood is provided throughout the academic day.

**Students may drive only vehicles registered under their families' or their own names. All cars must be identified by student parking tags.**

### Parking

During the academic day, junior and senior students must park in either of two parking lots: the Performing Arts Center parking lot (550 Lone Pine) or the Kingswood lot. Sophomores are required to park in the Tennis Bubble parking lot. When applying for a parking permit, each junior or senior student selects the one parking lot in which she/he will

CB000750

park for the school year. (There is no driving between campuses except for the situations described in *Use of Vehicles During the Academic Day*.)

Students should remove their school needs from their vehicles when they park; they should not go to the parking lot to retrieve books or other belongings from their vehicles.

In case of an urgent need to move a car, the student is expected to see the Public Safety officer on duty or to present written permission from the Dean of Students to the officer on duty. Reserved parking spots are always off limits.

## Use of Vehicles During the Academic Day
Students are not allowed to drive or ride in vehicles during the school day unless they fall into one of these categories: (1) seniors who leave campus for lunch (between 11:00 a.m. and 1:30 p.m.); (2) students who have been given special permission by the Dean of Students or Public Safety to drive between campuses or leave campus; (3) students with off-campus appointments which have been cleared through the Dean's Office; (4) students who leave campus when their academic obligations end before 8th period; (5) students who are sent home by the nurse due to illness. Students who need permission (i.e., those in #2 and #3) must secure passes from the dean's office. Violations of these expectations include restriction or suspension of the driving privilege (including not being allowed to drive/park on campus) as well as Conduct Warning or Conduct Probation.

## Use of Motor Vehicles by Resident Students
Senior resident students may have a car on campus. Parental permission and good academic and social standing determine whether or not this permission is granted. Juniors in good standing may be granted permission for restricted use if they have special needs (e.g., traveling home at designated times). Juniors keep their keys in the residence hall office. The Campus Deans may revoke the driving privilege if driving or parking violations take place. Cars must be parked in designated areas. Students may drive only those cars registered to them or to their parents. Students who have signed out for an overnight or weekend may not drive on campus after midnight.

## Senior Lunch Privilege
Between fourth and sixth periods (11:00 a.m. -1:30 p.m.) Seniors may be off campus for lunch, but they are prohibited from having 9th, 10th or 11th graders with them. All students leaving campus must have and show their Senior ID cards to the Public Safety Officer.

87

**Campus Safety**

Vehicles are always to be driven with care and in observance of speed limits and traffic flow (e.g., one-way streets). Students should expect that Public Safety Officers are on duty to enforce the School's driving rules.

At the request of any officer (or bus driver) students are expected to identify themselves with their CK identification cards. Students may not drive on campus after 10:00 p.m. on Sunday through Thursday and after midnight on weekends.

**Violations**

Use of a vehicle is a privilege for a student, not a right. Driving, riding and parking violations result in tickets issued by Public Safety Officers and school discipline including Conduct Warning or Conduct Probation. The tickets are placed on the vehicle's windshield and are the student's responsibility. Questions about tickets should be addressed within forty-eight hours, i.e., two school days, by the student to the Public Safety Officer. The charge of $35.00 for each ticket appears on monthly billing statements.

Reckless driving which threatens the safety of others will not be tolerated and will result in discipline such as Conduct Probation and revocation of the driving privilege (e.g., for a semester). The behavior may also be reviewed by the Conduct Review Board.

Any student with repeated moving or parking violations should expect that his/her driving privilege will be suspended by the Office of Public Safety and the School for the rest of the semester, if not longer. During a driving suspension, any student who drives to/at school will incur major discipline and come before the Conduct Review Board.

## STUDENT USE OF ELECTRONIC DEVICES INCLUDING PHONES

Students should not use cellular telephones, walkmans or electronic games or other devices in the classrooms, the academic building or in the dining halls. The School appreciates the need for contact between parent and child especially in urgent situations and encourages students to use office or pay phones for such contacts.

CB000752

# HIGHLIGHTS OF THE CRANBROOK SCHOOLS TECHNOLOGY USE POLICY

**The use of the computer resources at Cranbrook Schools is a privilege, not a right. The Schools' computer resources must be used for purposes consistent with the mission of the school and used unselfishly, with good manners, and for the good of the community as a whole.**

These are guidelines to prevent the loss of computer/network privileges at school:

- Do not use the computer to harm other people or their work.

- Do not damage the computer or network in any way. This includes making the computers difficult or inefficient for others to use, attempting to crash computers or networks, creating or intentionally using programs designed to damage computers or inhibit network traffic, creating or sending chain letters or excessive messages.

- Do not interfere with the operation of the network by installing illegal software, shareware, or freeware.

- Do not violate copyright laws through unauthorized copying of software.

- Do not play games on the school computers unless the games are part of an instructional requirement.

- Do not view, send or display messages or pictures offensive to our school community standards.

- Do not share your computer accounts or passwords with another person.

- Do not waste limited resources such as disk space or printing capacity.

- Do not trespass in another's folders, work, or files.

- Do not subscribe to *Listservs* from the School's e-mail system. Students who wish to subscribe to listservs should establish a public Internet e-mail account and subscribe to the listserv(s) from that account.

- Notify an adult immediately if you encounter material that violates the rules of appropriate use.

- BE PREPARED to be held accountable for your actions and for the loss of privileges if the rules of appropriate use are violated.

89

CB000753

student's adviser have been notified. In extenuating circumstances, when the parents cannot be reached, the School reserves the right to proceed with the disciplinary process without parent notification. At the conclusion of the disciplinary process, parents (or designated guardians) will be notified by telephone of the results of the meeting, with a letter to follow. Parents or any other parties not associated professionally with the school are not permitted to be involved with the meeting. Advisers or another faculty member may attend the meeting with the student but will not participate in formulating the recommendation to the Head of the Upper School. Parents may appeal the decision.

## RESIDENTIAL POLICIES

### Sign-Out Procedures

When a resident student is invited to be an overnight guest in a day student's home, both the resident student's parent and the day student's parent must call the residence hall office (645-3451 for girls or 645-3646 for boys) to give permission for this visit.

Should guests be invited for an overnight in the residence hall, permission must be obtained from the House Adviser on duty as well as from the guest's parents. These requests must be submitted by Wednesday, 10:00 p.m., preceding the weekend of the visit. Resident students who have signed out for the evening to a day student's home are expected to call the residence hall office if they leave the home to go elsewhere. Resident faculty will make random calls to homes where resident students have indicated they have gone to verify their presence.

If resident faculty note that several students are going to a day student's home, parents will be called to verify their knowledge of the gathering. Resident students are required to give their time of departure, means of transportation, destination, companions and time of return when they sign out of the residence hall. Ninth and tenth grade students are not allowed to leave campus without permission of a House Adviser on weekdays.

### Visitors

Day students are welcome to visit the resident students at appropriate times. Parents of day students are asked to contact the residence hall when their children intend to stay in the hall for several hours or more. The resident faculty does not supervise the arrival and departure of day student visitors to the residence hall. Transportation for residential weekend activities is available only for resident students. Please see *Residential Life* for more information on day students staying overnight in the residence hall.

## CRANBROOK SCHOOLS TECHNOLOGY USE POLICY

This policy applies to all technology resources including but not necessarily limited to computers, phones, video equipment, copy

98

CB000762

machines, and information storage devices. The use of these resources is a privilege, not a right, and must be treated as such by all users. The trust that defines this community requires that our technology resources be used for educational purposes consistent with the mission of the school and used unselfishly, with good manners, and for the good of the community as a whole.

The actions listed comprise a non-exhaustive list of violations of the school's policy on use of its technological systems:

<u>Unauthorized copying or theft of software or other intellectual problem from any source</u>: Software is intellectual property. It is unethical to copy software unless permission has been obtained from its creator. Cranbrook must own and retain the licenses for any copyrighted software loaded on Cranbrook's computers. Requests for new software should be directed to the Schools' Technology Committee.

<u>Use of any technological systems for commercial purposes</u>: Cranbrook's technology resources may not be used for private gain or commercial purpose. Permission must be obtained from the appropriate division head for use of Cranbrook equipment for other non-profit agencies or causes. Cranbrook must be reimbursed by such agencies or causes.

<u>Damaging, vandalizing, hacking, or destroying technological systems, or equipment, including computer hardware or software</u>: All users shall respect the integrity of technologically based information. Users shall not in any way damage, vandalize, hack, or destroy equipment here or at any facility to which Cranbrook has access, either physically or by making the system impossible, difficult or inefficient for others to use. Printing excessive copies, attempting to crash computers or networks, creating or intentionally using programs designed to damage computers, creating or intentionally using programs that inhibit network traffic, creating or transmitting chain letters or excessive messages or using devices that restrict legitimate use, are all examples of conduct that violates the Technology Use Policy.

<u>Harassment through use of technological system</u>: Use of the phone system, copy machines or computer systems to send harassing, demeaning, libelous, threatening or obscene messages anywhere or to anyone is prohibited.

<u>Invasion of the property of individuals or the school, including phone mail and computer files</u>: All users shall respect the interests of users. A user's files and phone mail messages shall not be accessed without the permission of the owner. Any attempt by users to access another user's or the school's private files, phone or EMail messages will be considered theft. Any attempts to gain access to unauthorized resources or private information, either on the computer or telephone systems of this campus or any systems to which Cranbrook has access, are prohibited.

99

Sensitive information on the Cranbrook network is protected in a number of ways. However, the proper use of passwords is important to the integrity of any computer system. All users must observe appropriate password security by not sharing accounts and passwords or leaving open accounts unattended. It is the responsibility of all users to report to the system administrators any problems, misuse or damage to the system or to individual files.

<u>Accessing or publishing pornographic or demeaning materials</u>: Some material available on the Internet may be objectionable to individual users. Cranbrook's technology resources may not be used to access or publish dangerous or demeaning materials of a questionable nature, including but not limited to, pornography, documents encouraging violence or illegal acts, and racist tracts or hate speech.

**Consequences**: The consequences of violating the Technology Use Policy will be in keeping with the School's disciplinary system. **All violations of The Technology Use Policy are violations of a major school rule.** Cranbrook Schools has the right to review any material stored on any system provided by Cranbrook and to edit or remove any material; and materials will be randomly reviewed to protect Cranbrook's interests in the systems and to ensure that the systems are not being misused. For any violation, a user's access to technology may be suspended. Other consequences can include citizenship probation, suspension, or expulsion from school, as well as full financial restitution for time and money spent resolving issues resulting from misuse of the School's computer systems.

Interpretation, application and modification of the Technology Use Policy are within the sole discretion of Cranbrook Schools. Any questions or issues should be directed to the Cranbrook Schools Administration.

## HARASSMENT POLICY

Cranbrook Schools acknowledge and celebrate the diverse personal and cultural differences within our student body, faculty and administration. All students and faculty have a right to participate in all school and classroom activities in a welcoming atmosphere which is free from harassment. All community members have the responsibility not to engage in any behavior that is offensive or unwelcome to others. The Schools will not tolerate the harassment of an individual or group. In the Upper School, harassment is considered to be a major school rule violation for which a student is subject to dismissal.

Harassment also includes negative actions toward an individual in a legally protected class group. It is the policy of Cranbrook Educational Community that the following kinds of harassment of its employees are not tolerated: race, color, creed, religion, sex, age, height, weight, national origin, marital status, sexual orientation, disability, veteran status or any other basis prohibited by local, state, or federal law.

CB000764