**EXHIBIT 3**

November 3, 2003

Mr. and Mrs. Michael Dupree, Sr.
55 Martell
Bloomfield Hills, MI 48304

Dear Mr. and Mrs. Dupree and Michael:

I am sending this letter to inform you Michael did not attend his 1st hour Math class, 3rd hour Literature class, or his 8th hour History class on Friday, October 31, 2003. Michael assured me he would bring in a note from home excusing him. Since I have not heard from Michael his absences remain unexcused and he is responsible for 3 class periods of study detention with my office.

I am also issuing him a Conduct Warning Level 1, effective until Friday, December 5, 2003 for his unexcused tardies (3 unexcused tardies equal 1 unexcused absence). As you can see from the enclosed attendance record, he now has 16. Continued unexcused tardies or absences will result in further disciplinary action.

I know Michael is a good student and understands the importance of making it to all of his classes in a timely manner.

If you have any questions concerning this letter please feel free to contact me.

Sincerely,

John J. Winter
Dean of Boys

cc: Sharon Peacock, Dean of Girls
    Arlyce Seibert, adviser

November 18, 2003

Mr. and Mrs. Michael Dupree, Sr.
55 Martell
Bloomfield Hills, MI 48304

Dear Mr. and Mrs. Dupree and Michael:

I am writing to inform you that as of today Michael has ten absences (excused) in his 1st hour Statistics class, and nine (excused) is his 8th hour History class this semester. (Please see the enclosed attendance profile.)

The attendance policy stipulates that students should expect to lose academic credit in any course once they accrue *fifteen* or more absences within the semester (see below) *. Notifying a family when the student has eight absences may seem premature, but such notification is intended to allow ample time for the family to act on any attendance concerns.

As much as possible we want to support Michael's attendance in the remainder of the semester. We know that he is a serious student and that recent absences have been the result of personal reasons (which may need further clarification should we reach an appeals process). If you anticipate that absences will continue and may therefore affect credit in this or any other course, please do not hesitate to contact the Academic Dean, Ms. Rutzen (248-645-3605).

If you would like to receive weekly updates of Michael's attendance records, please call the Cranbrook Dean's Office (248-645-3620). We will notify you if he should reach eight or more absences in any of his other classes.

If you have any questions concerning this letter, please feel free to contact me.

Sincerely,

John J. Winter
Dean of Boys

cc: Sharon Peacock, Dean of Girls      Laura Wangerin, teacher
    Arlyce Seibert, adviser

* The loss of credit policy is described on page 80 in the Community Handbook. The statement explains that once a student has fifteen absences in any course, the family is notified of the loss of credit. For each course in which the student has fifteen absences, the student's grade becomes a WP (withdrawn passing) or a WF (withdrawn failure). It is the responsibility of the parents and student to petition if they wish to appeal this loss of credit.

CB000030

December 17, 2003

Mr. and Mrs. Michael Dupree, Sr.
55 Martell
Bloomfield Hills, MI 48304

Dear Mr. and Mrs. Dupree and Michael:

I am writing to let you know Michael has been tardy 8 times to his 2nd period Philosophy class this semester. School policy counts 3 unexcused tardies as 1 unexcused absence; therefore, he is required to serve 2 class periods of detention with my office.

Please be aware school policy states any student who accumulates 3 unexcused absences should expect a meeting with the Dean of Students and/or adviser. Continued absences will result in further disciplinary action. The insert "Key Points" from the attendance policy and a copy of his attendance profile are enclosed.

I know Michael is a good student and understands it is important for him to attend all of his obligations during the school day.

If you have any questions, please call me.

Sincerely,


John J. Winter
Dean of Boys

cc: Sharon Peacock, Dean of Girls
    Tom Johnson, teacher
    Arlyce Seibert, adviser

CB000029

February 10, 2004

Mr. and Mrs. Michael Dupree, Sr.
55 Martell
Bloomfield Hills, MI 48304

Dear Mr. and Mrs. Dupree and Michael:

As you know Michael has had a schedule change and has missed some of his classes during the past 2 weeks. After consulting the registrar, Mrs. Lamb, Michael's adviser, Mrs. Seibert, and his Ceramics teacher, Mr. Smith, I have determined Michael has accumulated 5 unexcused absences since February 2, 2004. I understand Michael is still expecting another change to his schedule, but that should not prevent him from attending all of the classes for which he is presently scheduled.

I am also issuing him a Conduct Warning Level 1, effective until Friday, March 12, 2004. Continued unexcused tardies or absences will result in further disciplinary action.

If you have any questions concerning this letter please feel free to contact me.

Sincerely,

John J. Winter
Dean of Boys

cc: Sharon Peacock, Dean of Girls
Joe Smith, teacher
Arlyce Seibert, adviser

March 17, 2004

Mr. and Mrs. Michael Dupree, Sr.
55 Martell
Bloomfield Hills, MI 48304

Dear Mr. and Mrs. Dupree and Michael:

I am writing to inform you that as of today Michael has eight absences (6 excused) in his 1st hour Statistics class, eight (7 excused) is his 7th hour Literature and Nature class, and eight (6 excused) in his 8th hour Psychology class this semester. (Please see the enclosed attendance profile.)

The attendance policy stipulates that students should expect to lose academic credit in any course once they accrue *fifteen* or more absences within the semester (see below) *. Notifying a family when the student has eight absences may seem premature, but such notification is intended to allow ample time for the family to act on any attendance concerns.

As much as possible we want to support Michael's attendance in the remainder of the semester. We know that he is a serious student and that recent absences have been the result of a suspension. If you anticipate that absences will continue and may therefore affect credit in this or any other course, please do not hesitate to contact the Academic Dean, Ms. Rutzen (248-645-3605).

If you would like to receive weekly updates of Michael's attendance records, please call the Cranbrook Dean's Office (248-645-3620). We will notify you if he should reach eight or more absences in any of his other classes.

If you have any questions concerning this letter, please feel free to contact me.

Sincerely,


John J. Winter
Dean of Boys

cc: Sharon Peacock, Dean of Girls         Amy Caldwell, teacher
    Arlyce Seibert, adviser               David Watson, teacher
    Kathy Riegle, teacher

* The loss of credit policy is described on page 80 in the Community Handbook. The statement explains that once a student has fifteen absences in any course, the family is notified of the loss of credit. For each course in which the student has fifteen absences, the student's grade becomes a WP (withdrawn passing) or a WF (withdrawn failure). It is the responsibility of the parents and student to petition if they wish to appeal this loss of credit.

CB000027