**EXHIBIT 4**

March 12, 2004

Mr. and Mrs. Michael Dupree, Sr.
55 Martell
Bloomfield Hills, MI 48304

Dear Mr. and Mrs. Dupree and Michael:

As you know from our conversations, Michael came before the Conduct Review Board to explain the reason for having a pipe (designed for the use of substances) in his book bag while at this school. He knows that possessing this type of material violates major school rules, (please refer to page 72 of the Community Handbook). Michael explained that he was holding onto the pipe for a friend and that he had planned on returning it to his friend later that day after school.

Michael's choice of conduct is unsettling – he informed the committee that he has learned a great deal from this and that it is his desire to complete his senior year and earn a diploma from Cranbrook Kingswood Upper School. Nonetheless the committee has made the following recommendations that were approved by the Head of the Upper School:

1. Michael is being placed on Conduct Probation until June 4, 2004. Should Michael violate any major school rule or accumulate a series of minor rule violations, he would come before the committee again and could be dismissed from the school.
2. Michael must arrange for substance assessment with an outside resource – the results of this assessment must be shared with a Dean or with one of our school counselors. This action will help Michael to better frame his behavior and to make choices that are more responsible and appropriate.
3. Michael is being suspended for three school days – March 11, 12 and 15. He may not return to school until Monday, March 15 to attend a 4:00 pm staffing held in the academic dean's office.
4. Michael is unable to have guest privileges in the residence halls for the duration of his conduct probation.

Michael's choice was not a good one. It is so important that he realize the seriousness of his decision. He must make the decision to follow all school rules and to continue to receive all the help others are so willing to provide him. Michael will find people who do support and respect him; he needs only to respond completely to them and decide that it is time at last to focus on the remaining months of school and to complete them in top form. Please call me with any questions you may have.

Sincerely,

John J. Winter
Dean of Boys

cc: Charles Shaw
　　Sharon Peacock
　　Arlyce Seibert
　　James Pickett
　　Del Walden