# EXHIBIT 5

CRANBROOK

ACADEMY OF ART
ART MUSEUM
INSTITUTE OF SCIENCE
SCHOOLS

# MEMO

To
Doug Ebert, Arlyce Seibert, Jim Pickett, Scott Looney, Charlie Shaw, and Tom DeCraene

CONFIDENTIAL

From
Mai Kazakos-Resh, Chris Hopp, and Kirk Brain — Cranbrook Information Technology

Date
25 May 2004

Subject
Investigation re: Michael DuPree and [redacted]

Based on the request for IT to investigate the network and "H" drive activities of two (2) students, specifically [redacted] and Michael DuPree, the IT team discovered the following information:

- Evidence of the creation of a "decoy" for Websense and Novell account logins. These decoys mimicked the actual logins allowing ID and password information to be captured and sent directly to [redacted]'s Cranbrook email account and later an off-site email account, specifically "googly12345@hotmail.com. All decoys were located in both [redacted] and Michael's network storage space.
- At least 167 faculty and classmen (e.g. freshmen, sophomores, etc.) IDs and passwords are documented in an Excel spreadsheet, found in a directory titled "Randy" located in Michael DuPree's network storage.
- Based on information received from Schools' faculty, and files on the students' "H" drives, IT was able to determine and identify specific machines used for testing & deployment of the decoy login process. After thorough investigation of the contents of these machines, a discovery of various links to items such as 2003-2004 final exams, pointers to faculty-owned directories were found.
- At some point in time, a subdirectory named "Spicer" existed in, and has since been deleted, on Michael's "H" drive.
- Evidence of online gambling activity was also found in Michael's account, such as login information, passwords, and account totals.

At this time, our investigation has not been able to determine the exact amount of total machines or user accounts that may have been impacted and / or compromised.

We also have no data to report on the googly12345@hotmail.com account to which activity was logged from the Cranbrook network. There is evidence of file transfer occurring from the Cranbrook network to the "cheezy.com" network, which is owned and operated by Michael DuPree.