# EXHIBIT 6



# DomainTools

Buy Domains
Learn More
History Details
Get Notified
Trademark Monitor
Search Names

Ads by Google

Do it Yourself Website

100+ Business Templates, $7.95/mo Includes Hosting, Domain, Blog, SEO
www.talkspot.com

$5.94 .COM Domains with

Free Hosting, E-mail, & Forwarding No Hidden Charges, No Strings
LimeDomains.com/ Domain-Free-Hosting

Best 10 Web Hosting 2010

Compare 10 Web Hosting companies Free Domain,Unlimited,Prem $3/month
www.pcpuek.com/ reviews/hosting/

Need a website address?

Now offering Free Domain Names! Get a site with our Website Builder
www.DirectIncorpora tion.com

## Cheezy.com Whois Record

Ads by Google

One Million Web Sites

Can't be wrong. Just $1.95/mo for unlimited www.dreamhost.comeverything! Since 1997.

Web Hosting $5.95 Monthly

99.9% Uptime & Daily Backups 24/7 Support, www.rgnsystems.net30 Day money Back Gua

Who Owns This Domain

Find Out Who Owns the Domain You Want. Register.comPurchase or Make an Offer!

### Here's what we know about cheezy.com:

"UltraPresence.net" owns about 14 other domains View these domains >

support@ultrapresence.net is a contact on the whois record of 15 domains

2 registrars have maintained records for this domain since 1999-12-24

This domain has changed name servers 7 times over 5 years.

Hosted on 12 IP addresses over 5 years.

View 26 ownership records archived since 2004-07-13 .

Wiki article on Cheezy.com

2 other web sites are hosted on this server.

### DomainTools for Windows®

Now you can access domain ownership records anytime, anywhere... right from your own desktop! Download Now>

```
Registrant:
    UltraPresence.net
    93 S Jackson Street #31915
    Seattle, Washington 98104
    United States

    Domain Name: CHEEZY.COM
       Created on: 24-Dec-99
       Expires on: 24-Dec-15
       Last Updated on: 04-Feb-10

Administrative Contact:
    Dupree, Michael   support@ultrapresence.net

    UltraPresence.net
    93 S Jackson Street #31915
    Seattle, Washington 98104
    United States
    +1.2489354147      Fax --

Technical Contact:
    Dupree, Michael   support@ultrapresence.net

    UltraPresence.net
    93 S Jackson Street #31915
    Seattle, Washington 98104
    United States
    +1.2489354147      Fax --

Domain servers in listed order:
    NS2.XNAME.ORG
    NS1.XNAME.ORG
    NS0.XNAME.ORG
```

Thumbnail:                          2000-01-01



You've heard of Netflix...
Now try us for FREE
Click here

This view loads fast, helps you focus on key metrics and quickly access exclusive DomainTools services.
Show detailed view


GRAB YOUR .DE DOMAIN FOR ONLY 4EUR / $6.00