# EXHIBIT 8

# CRANBROOK KINGSWOOD



Cranbrook Educational Community

## UPPER SCHOOL ACADEMIC TRANSCRIPT

(TEST RECORD ON REVERSE SIDE)

Last Name    First Name

GPAs are not cumulative

NAME: Dupree, Jr.    Michael Joseph    SEX: M
SS #: 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    DATE OF BIRTH: 08/27/85
PARENT/GUARDIAN: Mr&Mrs Michael Dupree, Sr.
RELATIONSHIP:    Parents
ENROLLED: 08/25/00    ENTERED UPPER SCHOOL: 09

GRADUATION DATE
WITHDRAWAL DATE    JUN 0 1 2004

GRADES:
A = 3.7 - 4.0    E,F = FAIL
B = 2.7 - 3.3    P = PASS
C = 1.7 - 2.3    WP = WITHDRAW PASSING
D = 0.7 - 1.3    WF = WITHDRAW FAILING

Courses taken at other schools are converted to CK systems of credits.
ACCREDITATION: Independent Schools Association of Central States

An A+ = 4.3 points in the calculation of the G.P.A.

```
DUPREE, JR. MI 09 2000-01
EN-English 9      2 B   1.00
MA-Algebra II     2 C   1.00
LN-Spanish I      2 C+  1.00
SC-Concept Phys   2 B-  1.00
HS-Ancient Soc    2 C+  0.50
RL-Hist of Relg   1 C+  0.50
AR-Begin Ceramc   2 B   0.25
CS-Computer Sci   1 B-  0.25
SP-Sports/Gd 9    2 P   0.50
 -Cmptr Exempt    2 .   0.00

UNWEIGHTED GPA: 2.5
  WEIGHTED GPA: 2.5
```

```
DUPREE, JR. MI 10 2001-02
EN-Expos Writng   2 B-  1.00
MA-Algebra II     2 B-  1.00
LN-Spanish II     2 C   1.00
SC-Biology I      2 C-  1.00
HS-Patts in Civ   2 C+  1.00
AR-Cont Ceramic   1 B+  0.25

UNWEIGHTED GPA: 2.33
  WEIGHTED GPA: 2.33
```

UNOFFICIAL COPY

```
DUPREE, JR. MI 11 2002-03
EN-Lit Trad       2 C-  1.00
MA-Pre-Calculus   2 C+  1.00
SC-Chemistry      2 C+  1.00
HS-Amer Studies   2 C   1.00
RL-Eastrn Trad    2 C+  0.50
AR-Cont Ceramic   1 B+  0.25
AR-Cont Ceramic   2 B+  0.25
CS-Comptr Sci I   1 B-  0.50

UNWEIGHTED GPA: 2.26
  WEIGHTED GPA: 2.26
```

```
DUPREE, JR. MI 12 2003-04
EN-Current Lit    1 B-  0.50
EN-Lit & Nature   2 D   0.50
MA-Statistics     2 C   1.00
SC-Envirnmt Sci   1 B   0.50
SC-Botany         2 C   0.50
HS-Grk Romn Civ   1 B-  0.50
HS-Psychology     2 WP  0.00
HS-Economics      2 D+  0.50
RL-Philosophy     1 B   0.50
AR-Ceram StdioH   1 B+  0.50
AR-Ceram StdioH   2 WP  0.00

UNWEIGHTED GPA: 2.3
  WEIGHTED GPA: 2.33
```

**OTHER**

SIGNED _____    TITLE _____    DATE __CB000090__

# CRANBROOK KINGSWOOD



Cranbrook Educational Community

## UPPER SCHOOL STANDARDIZED TEST RECORD (ACADEMIC TRANSCRIPT ON REVERSE SIDE)

NAME: Dupree, Jr.   Michael Joseph   SEX: M
SS #: 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   DATE OF BIRTH: 08/27/85

### PSAT

Last: DUPREE   First: MICHAEL   M.I. J
Scores — Verbal 52, Math 53, Writing Skills 54, Selection Index 159*
Percentiles — 72, 74, 76, 67
Year 01   Grade 10   School Code 230355
PSAT/NMSQT

Last: DUPREE   First: MICHAEL   M.I.
Scores — Verbal 49, Math 57, Writing Skills 58, Selection Index 164
Percentiles — 52, 75, 81, 73
Year 02   Grade 11   School Code 230355
PSAT/NMSQT

### SAT I

LAST: DUPREE   FIRST: MICHAEL   M.I. J
TEST DATE: NOV03   GRADE: 12
SAT I - V: 590   SAT I - M: 590
SAT Program
The College Board

### ACT

| NAME OF STUDENT | SOCIAL SECURITY NUMBER | TEST DATE |
|---|---|---|
| DUPREE MICHAEL | 365029443 | 10 03 |

| | ENGLISH | MATHEMATICS | READING | SCIENCE | COMPOSITE |
|---|---|---|---|---|---|
| TEST SCORES: | 28 | 25 | 26 | 23 | 26 N |
| SUBSCORES: | 15 14 | 14 11 | 14 15 | 12 | 86 |

### SAT II

### ADVANCED PLACEMENT

UNOFFICIAL COPY

SIGNED _____   TITLE _____   DATE _____

CB000091