# EXHIBIT 9

### Permission to Release School Records Form

I hereby authorize Cranbrook Kingswood School to release to any institution of learning such as schools, colleges, or universities (for use in any admission or placement process); employer (whether present of prospective); governmental agencies including the Social Security Administration and the Veterans Administration; and physicians, hospital, medical, psychiatric or educational consultants, any relevant information included in my school records, including but not limited to academic transcripts, standardized test scores, attendance records, and school recommendations. This authorization shall remain in force until specifically revoked by me in writing.

This authorization is granted for or by __Michael Dupree__,
A student who was or is enrolled at Cranbrook Kingswood School.

Signature of parent or legal guardian: __Darlene Dupree__

Date: __June 16, 03__

Signature of student:
(18 years of age)
Date of Birth __8/27/85__       Date: _____

Signature of student:
Reconfirm at age 18           [signature]
                              Date: __7-03-03__

Please fax a copy of this form to the College Counseling Office at (248) 645-3081.

**Then send original with signature to:** College Counseling Office
PO Box 801
Bloomfield Hills, MI 48303-0801

Revised 10/2001


DEPOSITION EXHIBIT
D. Dupree
12-16-10 SP
4

JUL 14 2003
CB000010