# ARLYCE SIEBERT
# DEPOSITION TRANSCRIPT

STATE OF MICHIGAN
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHAEL DUPREE, JR., a Colorado Resident,
MICHAEL DUPREE, SR. and DARLENE DUPREE,
his parents, Residents of the Country of Austria,

Plaintiffs:

-vs-                    Case No. 2010-CV-120940-LPZ-MKM
                        Hon. Lawrence Zatkoff
                        Mag. Mona K. Majzoub
CRANBROOK EDUCATIONAL
COMMUNITY, JOHN J. WINTER and
CHARLES SHAW,

Defendants:
_____/

The deposition of ARLYCE SEIBERT, taken

before Lisa M. Fix, a Certified Shorthand Reporter and

Notary Public for the County of Wayne, State of

Michigan, at 38500 Woodward, Suite 100, Bloomfield

Hills, Michigan, on Thursday, the 13th Day of January,

2011, at 10:15 a.m.

APPEARANCES:

                        THOMAS, GARVEY, GARVEY & SCIOTTI
                        ATTORNEYS AT LAW
                        24825 Little Mack
                        St. Clair Shores, Michigan  40808
                        By:  CHRISTOPHER SCIOTTI, ESQ.
                        Appearing on behalf of the Plaintiff:

                        HONIGMAN, MILLER, SCHWARTZ & COHN
                        ATTORNEYS AT LAW
                        660 Woodward, Suite 2290
                        Detroit, Michigan  48226
                        By:  RUSSELL S. LINDEN, ESQ.
                        Appearing on behalf of the Defendant:

1    A    Went to undergrad at University of Detroit, earned

2         a B.A. from the honors college there.  Then went

3         to Oakland University where I earned a Master's in

4         MAT.

5    Q    In what?

6    A    Master's.  An MAT in teaching emotionally

7         disturbed.

8    Q    Can you give me an idea of your employment history

9         with Cranbrook Kingswood?

10   A    It's Cranbrook Schools.

11   Q    Okay.

12   A    And it's 40 years I have been with Cranbrook

13        Schools.  I began in September of '71 at Kingswood

14        School, so that was before a merger teaching

15        history.  In 1979 I became head of the history

16        department, then became director of curriculum.

17        Then in 1987 became head of the upper school.  And

18        in 1995 became director of schools.

19   Q    And were you director of schools through -- from

20        1995 to present?

21   A    Correct.

22   Q    Okay.  And as director of schools what are your

23        job duties?

24   A    I have oversight of the elementary, the middle and

25        the upper schools.

1   Q   How often would you have interaction with Michael

2       during his senior year, at least up until the

3       probation?

4   A   I can't really recall how often on a numerical

5       basis, but I would characterize it in general

6       terms as occasional.

7   Q   Okay.

8   A   There were sometimes that there was an issue that

9       would bring us together more to discuss some

10      things.

11  Q   Now, up until March when he was placed on

12      probation, how would you describe Michael as a

13      student being his advisor?

14  A   He was struggling academically, and there were

15      issues that were coming to the attention of the

16      dean -- dean of students.

17  Q   And who was that?

18  A   John Winter.

19  Q   Okay.  What were those issues?

20  A   Oh, and the academic dean, Debbie Ruthven.

21  Q   Okay.

22  A   Included some absence issues.

23  Q   Okay.

24  A   Or I should say attendance issues that included

25      both absence and tardiness.  Tardies.  It was in

```
 1        his ability to complete assignments and to meet
 2        the academic requirements.  There was concern
 3        about that.
 4   Q    Okay.  When did you, if you remember, when did you
 5        first learn about any issues that led to his being
 6        placed on probation?
 7   A    When did I first learn?  Um, I don't --
 8   Q    Was this --
 9   A    I don't recall by specific date --
10   Q    Okay.
11   A    -- or time.  It would be, as practice has it,
12        prior to a Conduct Review Hearing.
13   Q    Okay.  What do you remember about the -- what do
14        you remember about the issues that led to his
15        probation?
16   A    What I remember, having attended the Conduct
17        Review Board, is that there was, um, he was in
18        possession of pipe, a marijuana pipe that was
19        discovered in his book bag.
20   Q    How did it become discovered, if you know?
21   A    My understanding is that the dean was in the math
22        hall and saw a book bag, and this was at the same
23        time he was going into the math class to have a
24        conversation with Michael I think about an
25        attendance issue, and that led to the dean
```

```
 1          the, um, Conduct Review Board which was the 28th.

 2          Well, let me -- wait a minute.  The meeting was

 3          the 27th.  The Conduct Review Board was the 27th,

 4          and so the recommendation was shared to the head

 5          of the upper school on the 27th, and then there

 6          was a meeting with the parents on the 28th.  So

 7          that would be about right, it would be June 1st I

 8          think is when the final decision was accepted.

 9     Q    Okay.  Did you agree with that decision to dismiss

10          Michael Dupree, Jr?

11     A    Yes, I did.

12     Q    Take a look at Exhibit 1 first.

13     A    Okay.

14     Q    First of all, do you recognize Exhibit 1?

15     A    Yes.

16     Q    What is it?

17     A    It is Sharon Peacock, the Dean of girls, personal

18          notes of the first probation for Michael --

19     Q    Okay.

20     A    -- on the Conduct Review Board.

21     Q    Okay.  Who is Sharon Peacock?

22     A    Dean of girls.

23     Q    Okay.  And who's Eric L?

24     A    I'm not sure that I recall who Eric L. is.

25     Q    And I take it the blacked out squares would be
```

```
 1            says June 4th.  This might be quibbling, but

 2            what's the significance of either date?

 3   A    Well, June 4th would be graduation day, June 6th

 4            would be the Sunday.

 5   Q    Two days?

 6   A    I was going to say the Sunday afterwards, so.

 7   Q    Let's turn to the enrollment forms.

 8                            (Deposition Exhibits 3 - 4

 9                             marked for identification.)

10   Q    (Continuing by Mr. Sciotti)  I'm handing you

11            deposition -- well, here.

12                            MR. LINDEN:   Thank you.

13   Q    (Continuing by Mr. Sciotti)  Deposition Exhibit

14            Number 3.  Can you tell me what that is?

15   A    It looks like an Enrollment Contract used by the

16            school for the year 2003, 2004.

17   Q    And are you familiar with those?

18   A    Yes.

19   Q    Did you look at that in preparation for your

20            deposition?

21   A    Yes.

22   Q    And could you take a look at Deposition Exhibit

23            Number 4 and tell me what that is?

24   A    To be honest with you, I am not as familiar with

25            this document, so I really can't comment on it
```

1        -- that would define dismissal or withdrawal?

2    A   There is none, to my knowledge, that I have ever

3        recalled seeing.

4    Q   Okay.

5    A   But the same time, I don't recall seeing this

6        particular document, so.

7    Q   And you would admit, then, that Michael Dupree,

8        Jr. never did withdrawal from Cranbrook?

9    A   I contend that he was dismissed, and dismissal is

10       an involuntary form of withdrawal.

11   Q   I asked Cranbrook in writing to admit that Michael

12       Dupree, Jr. never withdrew from Cranbrook

13       Educational Community, and Cranbrook admitted it.

14       You disagree with that admission?

15   A   I admit that he was dismissed, and that there was

16       -- and how I'm looking at it, an involuntary

17       withdrawal.

18   Q   Were you familiar with Michael's requirements to

19       graduate in his senior year?

20   A   Can you help me a little bit with that?

21   Q   Yeah, were you familiar with what Michael needed

22       to do to graduate in 2004?  What classes he had

23       to --

24   A   Pass?

25   Q   -- pass?

Page 27

1    A    Yes.

2    Q    Papers?

3    A    Yes.

4    Q    Okay.

5    A    I don't, um -- I may not know every single

6         situation, but in general, yes.

7    Q    Okay.  And prior to May 27th of 2004 did Michael

8         complete all the requirements?

9    A    That was not my understanding, no.

10   Q    What did he need to do?

11   A    I think there were some papers, or there were some

12        outstanding work that still had to be done, or was

13        in the process.

14   Q    I asked -- go ahead.

15   A    But he, like any other senior, um, there is a

16        formal vote by the faculty the day before

17        graduation, since the diploma represents more than

18        completion of credits.

19   Q    What more does it --

20   A    It's a discussion of the student performance, and

21        there's a formal faculty vote to grant diplomas.

22   Q    And was that formal faculty vote held in this

23        case?

24   A    No, because the dismissal happened before the

25        formal vote was taken.

 1   A   Yes.

 2   Q   And then he makes the final decision?

 3   A   Except in the cases of dismissal, where it has to

 4       be the head of the upper school and the director

 5       of schools in agreement.

 6   Q   And who would that have been?

 7   A   That would have been Charlie Shaw and myself.

 8   Q   Okay.  Now, going back to the May Conduct Review

 9       Board.  What prompted that Conduct Review Board?

10   A   The school was notified, I was notified by the

11       chief operating officer of the Cranbrook

12       Educational Community regarding the findings of

13       the community's IT department regarding some

14       activity on the community's computers that was

15       student based.

16   Q   All right.  Tell me some specifics about it.  Who

17       notified -- what's the name of the person that

18       notified you?

19   A   His name is Doug Ebert.

20   Q   Okay.  And what's his capacity?

21   A   He was at that time chief operating officer, and

22       the community IT department reported to him.

23   Q   And what did they report?  What did you hear?

24   A   That, um, on the computers, that there was

25       evidence of activity that replicated decoys that

1        would then communicate the password and other

2        kinds of information of faculty and student ID's.

3        That there was on the H. drive of Michael,

4        evidence of a file entitled Spicer that was

5        deleted.  And there was evidence on the student

6        files, Michael's files in the network -- network

7        storage, evidence of some activity that included

8        storage of log in passwords and possibly some

9        gambling activity.

10  Q    Okay.  What was the significance of the file

11       entitled Spicer that was deleted?

12  A    Michael had that teacher last year, and it's

13       against the technology policy for students to have

14       access to faculty or other students' work.

15  Q    I mean if the file was deleted, how did anybody

16       know that he had access to faculty?

17  A    They weren't making a judgment, they were

18       providing just a summary of different kinds of

19       activities on the --

20  Q    Okay.

21  A    -- on the file, so.

22  Q    The file Spicer could have contained Michael's

23       notes?

24  A    Again, there was no -- the question that I

25       understood I was asking was what did they find.

1   Q   Okay.  But I guess I'm a little -- I want to stay
2       on this Spicer thing.  If it was deleted, is there
3       something wrong with putting a name Spicer on a
4       file, a teacher's name?
5   A   Again, I can't -- I'm not making judgment
6       regarding that, but what initiated this
7       investigation was that a faculty member saw on one
8       of the computers some test of another teacher, and
9       that led to this investigation.
10  Q   But not on Michael's computer?
11  A   On one of the school, I think it was library
12      computers.
13  Q   Okay.
14  A   I don't remember, and that led to a further
15      investigation of this.
16  Q   Okay.  So let's talk about this Conduct Review
17      Board in May.  You think it was either May 27th or
18      28th?
19  A   Yeah, I'm sorry that I don't remember exact date.
20  Q   Is there a way to find out?
21  A   I would have to look through more materials to
22      confirm it.
23  Q   Okay.  What materials would you be looking at?
24  A   Um, I'm not actually sure where I would.  I think
25      I would try to look at a calendar and see if I

1  Q  Okay.

2  A  -- by the respective deans.  So that becomes sort

3     of the official summary.

4  Q  So like on the Exhibit 2 --

5  A  I'm sorry, I'm showing this.  Yes, like the March

6     12th letter.

7  Q  And that summarizes --

8  A  Yes.

9  Q  -- the findings and the punishment --

10  A  Correct.

11  Q  -- probation, etcetera?

12  A  Correct.  Correct.

13  Q  So you keep those?

14  A  Correct.

15  Q  Okay.  Now, I think we discussed it a little bit,

16     but what were the concerns from the IT department

17     at Cranbrook regarding Michael Dupree, Jr. that

18     prompted this Conduct Review Board Hearing in May?

19  A  The safety and the integrity of the computer

20     system that extends itself even beyond the

21     schools.

22  Q  Okay.  But as far as Michael Dupree, Jr. is

23     concerned, what were the issues in this Conduct

24     Review Board Hearing?  You indicated that there

25     was a file that was deleted.

1    A    There was a question of a password being shared

2         with another student.

3    Q    Okay.

4    A    There was then the activity that I characterized

5         earlier to you.

6    Q    Okay.  And that was the file Spicer that was

7         deleted?

8    A    Uh-huh.

9    Q    Yes?

10   A    Yes.  I'm sorry.

11   Q    And then we talked about giving away his password.

12   A    Correct.

13   Q    And what else?

14   A    There were two other things that I recall, and one

15        was creation of decoys that as people logged in

16        they would mimic and capture those passwords.  And

17        is seemed that, again I'm doing this by memory, a

18        significant number of faculty and student

19        passwords were captured through this decoy

20        procedure, and that was captured on the H. drive

21        or network storage.

22   Q    And you also indicated that there was an issue

23        with gambling?

24   A    That they found some gambling activity.  I don't

25        know anything more than that.

Page 43

1    Q    You wouldn't know whether the gambling activity

2         was for actual money or for fun?

3    A    I really don't know how to characterize it other

4         than how it was presented, that there was some

5         evidence.

6    Q    Okay.  Does a Conduct Board Review hearing have to

7         be conducted before a student is dismissed?

8    A    What I am trying to recollect, has there ever been

9         anytime that I can recall somebody being dismissed

10        without a Conduct Review Board?

11   Q    The reason I ask that, there must be some student

12        could do something so egregious that maybe a

13        Conduct Review Board Hearing would not be

14        necessary.  I don't know.

15   A    I can't recall any specific example to draw upon

16        to support that as a conclusion.

17   Q    Okay.  And what are the standards for dismissal?

18   A    The standards are, um, major school violations,

19        which are characterized in the Student Handbook,

20        or a pattern of behavior.  Um, a student that

21        continues -- student hasn't learned from his or

22        her mistakes.  There is a greater expectation

23        regarding student behavior at the senior level

24        than at the 9th grade level.  So those would be

25        some of the criteria.

1   Q   Okay.  So the major violations, those are spelled

2       out in the Student Handbook?

3   A   Yes.

4   Q   Okay.  Anywhere else?

5   A   None that comes to mind.

6   Q   Okay.  And the pattern of behavior, that's not

7       spelled out in the Student Handbook?

8   A   I think there is a statement in there, something

9       that talks about a pattern of behavior.

10  Q   Okay.

11  A   I couldn't tell you what page it's on, but I

12      recall, and I think in my review this morning

13      seeing language to this effect.

14  Q   Okay.  And what was Michael Dupree dismissed for,

15      a major violation?

16  A   Of the technology use.

17  Q   And can you tell me exactly what that violation

18      was?

19  A   It was the findings of the IT department.

20  Q   And what were those findings?

21  A   That's what I shared with you, or general

22      characterization.  I think in something we have

23      submitted there is a memo to that effect what

24      their findings were.

25  Q   I didn't see that memo.

Page 45

```
 1   A    Um.

 2   Q    Is there --

 3   A    I thought there was.

 4   Q    Did you review a memo?

 5   A    I did review a memo that came.

 6   Q    And the memo was from who?

 7   A    The IT department.

 8   Q    Okay.  And that was their findings from the

 9        Conduct Review Board for Michael?

10   A    Not -- no, not their findings, it was for -- could

11        be used in that.

12   Q    I haven't seen that memo, so I want to ask you

13        some questions about it.  Was the memo from the IT

14        department before?

15   A    Yes.

16   Q    Okay.  I did see that.

17                      Did you review that today?

18   A    This morning I believe I reviewed it.  It was

19        either last night or this morning.

20   Q    Okay.

21   A    And I think the date is either May 24th or 25th.

22   Q    Okay.  Just bear with me one moment.

23                      MR. SCIOTTI:  Okay.  Let's

24        mark this.

25                      (Deposition Exhibit 7 marked
```

1   A    They have been.  I can't say that that procedure

2          happens every year in the same fashion as I'm

3          describing it.

4   Q    Now, did they vote on Michael Dupree, Jr?

5   A    Because he was dismissed there would not have been

6          his, um, diploma considered for that vote.

7   Q    Well, was it -- was the vote taken after June 1st?

8   A    Yes.

9   Q    Okay.

10  A    It's taken the day before graduation.  It's the

11        morning -- the prom occurs on a Wednesday, a

12        formal vote is taken before the rehearsals at --

13        of each of the two classes, and the formal vote is

14        taken the morning, Thursday morning and graduation

15        is the next day.

16  Q    Okay.

17  A    So graduation is June 4th.

18  Q    And even though it appears that Michael Dupree

19        completed all of his course requirements because

20        he was dismissed on June 1st, is that the sole

21        reason he -- the faculty didn't vote whether to

22        grant him a diploma?

23  A    Because he was dismissed from Cranbrook, he would

24        not be part of the vote taken by the faculty.

25  Q    Okay.  And what's the -- what is the standard that

```
 1          the faculty applies whether or not to grant a

 2          diploma or not?

 3    A     There's discussion if their behavior or

 4          performance meets the standard of Cranbrook.

 5    Q     And that's what I need to know.  What is that

 6          standard?

 7    A     That they have met academic requirements, being

 8          the graduation, which the academic deans would

 9          comment on, and the behavior, which the Dean of

10          boys or the Dean of girls would comment, or the

11          head of the upper school.

12    Q     If a teacher -- if a faculty member let's say do

13          to behavior, let's say a student -- strike that,

14          let me ask this question.

15                          Let's say there was a student

16          that met the academic requirements but had some

17          behavioral issues.

18    A     That could be discussed, yes.

19    Q     Could be discussed.

20                          And could a faculty member

21          decide just arbitrarily I don't think this person

22          -- this student deserves a diploma?

23    A     I would not characterize it as arbitrarily.  There

24          was some major transgression that only that

25          teacher became aware of they may bring it up in
```

1    that Michael Dupree, Jr. never withdrew from

2    Cranbrook and they admitted it, you disagree with

3    that?

4  A  I believe that how we interpret withdrawal is, as

5    I mentioned previously, an involuntary withdrawal,

6    which includes dismissal.

7  Q  If Michael Dupree, Jr. completed all the courses

8    as reflected in the transcript, how can stamping

9    withdrawal on the transcript be correct?

10 A  I'm not sure what your question's asking.

11 Q  If Michael Dupree, Jr. completed all the

12    requirements as reflected on that transcript, how

13    could stamping withdrawal as of June 1st, 2004 be

14    correct?

15 A  The reason I'm having difficulty with the question

16    is because a diploma is granted after a formal

17    faculty vote, so I don't understand your question

18    because of that procedure.

19 Q  Well, I'm not asking really about the diploma at

20    this point.

21 A  Okay.

22 Q  What I'm asking is about the transcript that you

23    have in front of you.

24 A  Uh-huh.

25 Q  Okay?

```
 1    A    I don't recall.

 2    Q    Okay.

 3    A    I may have been told, but I don't recall it.

 4    Q    What did -- as far as the Conduct Review Board in

 5         May, what do you -- what's your understanding of

 6         what Michael admitted?

 7    A    That he accepted responsibility for passing the

 8         password to another student.

 9    Q    Okay.  And denying all else?

10    A    That was my understanding.

11    Q    Okay.  And what was the Conduct Review Board's

12         findings regarding Exhibit 7 and the allegations

13         as far as Michael Dupree, Jr. was concerned?

14    A    Can you ask that question again a little --

15    Q    Well, let me strike that question, I'll come back

16         to it.  Let me ask you this first.

17                        In your opinion is giving out

18         his password in September '03 to Randy, is that a

19         major school violation?

20    A    Yes.

21    Q    Okay.  And is that under the handbook?

22    A    Yes, I think it's found on page 71'ish.

23                        MR. LINDEN:  Do you know how

24         much longer you're going to be with --

25                        MR. SCIOTTI:  I don't think a
```