## **EXHIBITS LIST**

1. Enrollment Contract

2. Cranbrook Handbook

3. March 12, 2004 Letter regarding Michael Dupree, Jr. Suspension

4. Michael Dupree, Jr. Transcript

5. June 1, 2004 Letter regarding Michael Durpree, Jr. Dismissal

6. Letter regarding Michael Dupree, Jr. Alum Status