# EXHIBIT 2

# CRANBROOK KINGSWOOD
## UPPER SCHOOL

 

**2003-2004**

## COMMUNITY HANDBOOK

CB000661

## WELCOME

Cranbrook Kingswood is an exciting and dynamic community in which to live, learn and study.  Based on the founders', George and Ellen Booth, dream of providing educational opportunities for youth, the school offers an array of academics, athletic and personal challenges.  We hope that this academic year will see you accept those challenges.

This handbook provides the basis for the code of conduct underlying the schools' two mottoes, "Aim High" and "Enter to Learn, Go forth to Serve."  In familiarizing yourself with this Handbook, you will become more aware of your role and the school's commitment to excellence, social responsibility and community living.

On behalf of the faculty and staff, I wish you the best as you become part of this extraordinary educational community.

*Arlyce M. Seibert*
*Director of Schools*


Titling this a "Community" handbook is our commitment to maintaining an inclusive community in which students, parents, faculty and staff all strive together to reach our highest aspirations. Please read carefully the section on mission, principles, and goals that follows. The information contained within applies to us all as a community of interconnectedness.

As an educational community we reflect continuously on shared values and expectations.  Yet we also are a community of diverse individuals with many dreams, skills, and experiences. This dichotomy creates a dynamic tension within our community, a tension between our bond and our individuality.  This tension can be a source of great strength to our community if it is kept in a good balance.

To achieve and maintain that balance, we need a stated set of policies and procedures that articulate our rights and our responsibilities.  These statements assist us in both our individual and collective pursuits.  Hence, this *Handbook* serves a critical need. I do expect that each of us will commit ourselves, not only to the prescribed expectations and standards contained herein, but also to the spirit of our school community.

If you ever have a question, concern or idea, please share it so that we can discuss it together.  By working collaboratively we will continue to improve and strengthen our community.

I share your excitement and energy, as we look forward to another great year at Cranbrook Kingswood.

*Charles T. Shaw*
*Acting Head of Upper School*

i

CB000662



# CONDUCT RULES AND EXPECTATIONS

CB000733

## Community Standards

Students are expected to help create a community of trust by adhering to high standards of conduct in and out of the classroom. **Inherent in these standards is the belief that honesty, integrity, safety, self-respect, and respect for one another are the principles that our community values most.** The protection of these values depends on common sense, courtesy, individual participation in constructive behavior, and thoughtful and sensitive awareness of others. Members of our community come from diverse cultural, religious, economic, and ethnic backgrounds, and it is the responsibility of all to honor the individual differences of others.

The goal of the school's disciplinary system is to provide a student with a set of common standards which define expectations, set limits for social behavior, and foster a sense of responsibility for the school community and for one's self.

## Behavior Violations

- **Students are held accountable for their participation in actions that violate the values and standards of the community.** Disruptive, disrespectful and demeaning behavior in the classroom or in any area of school life will be addressed.
- In addition to a meeting with the Dean of Students (and/or faculty, adviser and parents), the student should expect consequences such as conduct warning, work duty, detention or conduct probation.
- **Any continued pattern of behavior occurring after such a meeting and/or warning will cause the student to be subject to further discipline including dismissal or refusal of the next year's enrollment.**

## Major School Rule Violations

Community standards of integrity, respect, and personal and community health and safety are integral to school life in and out of the classroom. Each of the following actions is considered a violation of one of these common standards and thus a major school-rule violation. Students whose behavior contributes to the violation of these standards should expect to face the discipline process. Such violations are addressed through a meeting with the Dean of Boys or Dean of Girls; a hearing before the Conduct Review Board; or, in certain cases, a process of administrative review.

- Violations of respect for people and property
  1. Use of inappropriate, demeaning, vulgar, profane or obscene language, writing, or gestures that imply disrespect; also inappropriately intimate gestures or behaviors.
  2. Vandalism or abuse of school or personal property.

70

CB000734

# HIGHLIGHTS OF THE CRANBROOK SCHOOLS
## TECHNOLOGY USE POLICY

**The use of the computer resources at Cranbrook Schools is a privilege, not a right. The Schools' computer resources must be used for purposes consistent with the mission of the school and used unselfishly, with good manners, and for the good of the community as a whole.**

These are guidelines to prevent the loss of computer/network privileges at school:

- Do not use the computer to harm other people or their work.

- Do not damage the computer or network in any way. This includes making the computers difficult or inefficient for others to use, attempting to crash computers or networks, creating or intentionally using programs designed to damage computers or inhibit network traffic, creating or sending chain letters or excessive messages.

- Do not interfere with the operation of the network by installing illegal software, shareware, or freeware.

- Do not violate copyright laws through unauthorized copying of software.

- Do not play games on the school computers unless the games are part of an instructional requirement.

- Do not view, send or display messages or pictures offensive to our school community standards.

- Do not share your computer accounts or passwords with another person.

- Do not waste limited resources such as disk space or printing capacity.

- Do not trespass in another's folders, work, or files.

- Do not subscribe to *Listservs* from the School's e-mail system. Students who wish to subscribe to listservs should establish a public Internet e-mail account and subscribe to the listserv(s) from that account.

- Notify an adult immediately if you encounter material that violates the rules of appropriate use.

- BE PREPARED to be held accountable for your actions and for the loss of privileges if the rules of appropriate use are violated.

89

CB000753