# EXHIBIT 4

# CRANBROOK KINGSWOOD

**Cranbrook Educational Community**

## UPPER SCHOOL ACADEMIC TRANSCRIPT

(TEST RECORD ON REVERSE SIDE)

GPAs are not cumulative

Last Name    First Name

NAME: Dupree, Jr.    Michael Joseph    SEX: M
SS #: 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    DATE OF BIRTH: 08/27/85
PARENT/GUARDIAN: Mr&Mrs Michael Dupree, Sr.
RELATIONSHIP:    Parents
ENROLLED: 08/25/00    ENTERED UPPER SCHOOL: 09

GRADUATION DATE
WITHDRAWAL DATE    JUN 0 1 2004

GRADES:
A = 3.7 - 4.0    E,F = FAIL
B = 2.7 - 3.3    P = PASS
C = 1.7 - 2.3    WP = WITHDRAW PASSING
D = 0.7 - 1.3    WF = WITHDRAW FAILING

Courses taken at other schools are converted to CK systems of credits.
ACCREDITATION: Independent Schools Association of Central States

An A+ = 4.3 points in the calculation of the G.P.A.

```
DUPREE, JR. MI 09 2000-01
EN-English 9        2  B    1.00
MA-Algebra II       2  C    1.00
LN-Spanish I        2  C+   1.00
SC-Concept Phys     2  B-   1.00
HS-Ancient Soc      2  C+   0.50
RL-Hist of Relg     1  C+   0.50
AR-Begin Ceramc     2  B    0.25
CS-Computer Sci     1  B-   0.25
SP-Sports/Gd 9      2  P    0.50
   -Cmptr Exempt    2  .    0.00

UNWEIGHTED GPA: 2.5
  WEIGHTED GPA: 2.5
```

```
DUPREE, JR. MI 10 2001-02
EN-Expos Writng     2  B-   1.00
MA-Algebra II       2  B-   1.00
LN-Spanish II       2  C    1.00
SC-Biology I        2  C-   1.00
HS-Patts in Civ     2  C+   1.00
AR-Cont Ceramic     1  B+   0.25

UNWEIGHTED GPA: 2.33
  WEIGHTED GPA: 2.33
```

**UNOFFICIAL COPY**

```
DUPREE, JR. MI 11 2002-03
EN-Lit Trad         2  C-   1.00
MA-Pre-Calculus     2  C+   1.00
SC-Chemistry        2  C+   1.00
HS-Amer Studies     2  C    1.00
RL-Eastrn Trad      2  C+   0.50
AR-Cont Ceramic     1  B+   0.25
AR-Cont Ceramic     2  B+   0.25
CS-Comptr Sci I     1  B-   0.50

UNWEIGHTED GPA: 2.26
  WEIGHTED GPA: 2.26
```

```
DUPREE, JR. MI 12 2003-04
EN-Current Lit      1  B-   0.50
EN-Lit & Nature     2  D    0.50
MA-Statistics       2  C    1.00
SC-Envirnmt Sci     1  B    0.50
SC-Botany           2  C    0.50
HS-Grk Romn Civ     1  B-   0.50
HS-Psychology       2  WP   0.00
HS-Economics        2  D+   0.50
RL-Philosophy       1  B    0.50
AR-Ceram StdioH     1  B+   0.50
AR-Ceram StdioH     2  WP   0.00

UNWEIGHTED GPA: 2.3
  WEIGHTED GPA: 2.33
```

OTHER

SIGNED _____  TITLE _____  DATE _____ CB000090