# EXHIBIT 5

June 1, 2004

Mr. and Mrs. Michael J. Dupree, Sr.
55 Martell
Bloomfield Hills, MI 48304

Dear Mr. and Mrs. Dupree and Michael:

Your son, Michael Dupree, has been dismissed from Cranbrook Kingswood Upper School effective June 1, 2004.

To assist you with any transition please call me at 248-645-3620 or email me at jwinter@cranbrook.edu.

Sincerely,

John J. Winter
Dean of Boys

cc: Charles Shaw
    Sharon Peacock
    Arlyce Seibert

CB000024