# EXHIBIT 6

# CRANBROOK

ACADEMY OF ART
ART MUSEUM
BROOKSIDE LOWER SCHOOL
CRANBROOK KINGSWOOD MIDDLE SCHOOL
CRANBROOK KINGSWOOD UPPER SCHOOL
INSTITUTE OF SCIENCE

May 21, 2009

520 Lone Pine Road
Mail Correspondence to:
P O Box 801
Bloomfield Hills
Michigan 48303.0801
USA

Office 248 645.3132
Fax 248 645.3018

Schools
Office of Development

Michael J. Dupree Jr. '04
2941 Fairview Park Dr., Ste. 100
Falls Church, VA  22042-4541

Dear Michael,

It is hard to believe that we parted Cranbrook just five years ago. It seems like yesterday that we were gathering on the quad grounds celebrating our graduation.

By now, I am sure you have seen information from the alumni office regarding our June 5-7 fifth year reunion from Cranbrook Kingswood. We hope that you plan to attend, as the alumni office has been working hard planning events to help us re-connect.

As alumni, several publications get mailed to us that keep us apprised of campus life- most notably the alumni magazine, *Traditions*. By the length of our class notes, we clearly have accomplished a lot over the past five years!

You might have also seen a newsletter describing membership in the Cranbrook Alumni/Kingswood Alumnae Associations. This publication explains the differences between the contributions for the association dues versus contributions to the annual fund. Many of you are members of the association, and have submitted generous donations that will help fund part of the activities we'll experience at reunion. However, participation in the Schools Annual Fund is just as vital to the preservation Cranbrook's beauty and academic programs for future students.





Why is our participation in the annual fund so important?

- The difference between what it costs to educate a student at Cranbrook Schools and what is paid through tuition is approximately $3,300 per student.

- The annual fund accounts for more than $2.4 million of the Schools operating budget this year. If the money is not raised by June 30, programs and materials vital to a Cranbrook Schools education could be reduced next year.

For our five-year reunion, let's increase our class participation in the Schools Annual Fund. *Enclosed is a reply envelope for your convenience. You may also contribute online at https://schools.cranbrook.edu/givenow.* As part of the Annual Fund, you can allocate your gift to designations such as scholarships, classroom technology, or faculty compensation. This year, more than ever, scholarships and financial aid are important to ensure we recruit and maintain a talented student body. Remember that your <u>participation</u> is what counts, whether your gift is large or small.

As an alumna of Cranbrook Kingswood, I am asking you to join me in honoring the place that gave us so much. If you would like to make a multi-year pledge or have any questions about the Schools Annual Fund, please contact Frank Castronova, Assistant Director of Development, at Cranbrook Schools (248-645-3537, fcastronova@cranbrook.edu).

*Sheila O'Connell*

Sheila O'Connell, CK '04

DEPOSITION EXHIBIT
LF
1-13-11
10