UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DUPREE, JR., a Colorado Resident,
MICHAEL DUPREE, SR. and DARLENE DUPREE,
His parents, Residents of the Country of Austria,

    Plaintiffs,                                        Case No. 2:10-CV-12094-LPZ-MKM

                                                     Hon. Lawrence P. Zatkoff
vs.                                                Magistrate Judge Mona K. Majzoub

CRANBROOK EDUCATIONAL COMMUNITY,
JOHN J. WINTER and CHARLES SHAW,

    Defendants.
_____/

| Christopher R. Sciotti (P33501) | Russell S. Linden (P34863) |
|---|---|
| Attorney for Plaintiffs | Tara E. Mahoney (P68697) |
| 24825 Little Mack | Honigman Miller Scwartz and Cohn LLP |
| St. Clair Shores, MI 48080 | Attorneys for Defendants |
| (586) 779-7810 | 2290 First National Building |
| | 660 Woodward Avenue |
| | Detroit, MI 48226-3506 |
| | (313) 465-7466 |

_____/

## CERTIFICATE OF MAILING

    The undersigned certifies that on March 22, 2011, a copy of Plaintiff's Response and Brief Opposing Defendant's Motion for Summary Judgment was served upon the attorneys of record of all parties to the above cause by e-filing, emailing and mailing at their respective business addresses as disclosed by the pleadings of record herein, with postage fully prepaid thereon. I declare under the penalty of perjury that the statement above is true to the best of my information, knowledge and belief.

                                                     /s/Judi K. Demopolis
                                                   JUDI K. DEMOPOLIS