## **EXHIBIT LIST**

| Exhibit | Description |
| --- | --- |
| 1 | Docket/Record |
| 2 | Amended Complaint |
| 3 | Stipulation |
| 4 | Sur-Reply Brief |