CM/ECF - U.S. District Court:mied

reassigned

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:10-cv-12094-LPZ-MKM

Dupree, et al v. Cranbrook Educational Community, et al
Assigned to: District Judge Lawrence P. Zatkoff
Referred to: Magistrate Judge Mona K. Majzoub
Demand: $75,000
Cause: 28:1330 Breach of Contract

Date Filed: 05/25/2010
Jury Demand: Both
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**
**Michael Dupree, Jr.**

represented by **Christopher R. Sciotti**
Thomas, Garvey,
24825 Little Mack Avenue
St. Clair Shores, MI 48080
586-779-7810
Fax: 586.779.4912
Email: chrissciotti@ameritech.net
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Michael Sr. Dupree**

represented by **Christopher R. Sciotti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Darlene Dupree**

represented by **Christopher R. Sciotti**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**Cranbrook Educational Community**

represented by **Kimberly A. Yourchock**
Honigman, Miller
660 Woodward Avenue
Suite 2290
Detroit, MI 48226
313-465-7560
Email: kyourchock@honigman.com
*TERMINATED: 02/07/2011*
*ATTORNEY TO BE NOTICED*

**Matthew S. Disbrow**
Honigman, Miller,
660 Woodward Avenue


EXHIBIT 1

Suite 2290
Detroit, MI 48226-3506
313-465-7000
Email: mdisbrow@honigman.com
*ATTORNEY TO BE NOTICED*

**Russell S. Linden**
Honigman, Miller,
660 Woodward Avenue
Suite 2290
Detroit, MI 48226-3506
313-465-7466
Email: rlinden@honigman.com
*ATTORNEY TO BE NOTICED*

**Tara E. Mahoney**
Honigman, Miller,
660 Woodward Avenue
Suite 2290
Detroit, MI 48226-3506
313-465-7442
Fax: 313-465-7443
Email: tmahoney@honigman.com
*ATTORNEY TO BE NOTICED*

**Christopher R. Sciotti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John J Winter**                 represented by    **Kimberly A. Yourchock**
(See above for address)
*TERMINATED: 02/07/2011*
*ATTORNEY TO BE NOTICED*

**Matthew S. Disbrow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Russell S. Linden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tara E. Mahoney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher R. Sciotti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charles Shaw**                                         represented by   **Kimberly A. Yourchock**
                                                                          (See above for address)
                                                                          *TERMINATED: 02/07/2011*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Matthew S. Disbrow**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Russell S. Linden**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Tara E. Mahoney**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Christopher R. Sciotti**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/05/2011 | 24 | REPLY to Response re 21 MOTION for Summary Judgment filed by All Defendants. (Linden, Russell) (Entered: 04/05/2011) |
| 03/22/2011 | 23 | CERTIFICATE OF SERVICE by All Plaintiffs re 22 Response to Motion, *for Summary Judgment filed by Defendants* (Sciotti, Christopher) (Entered: 03/22/2011) |
| 03/22/2011 | 22 | RESPONSE to 21 MOTION for Summary Judgment *to Defendant's Motion* filed by All Plaintiffs. (Attachments: # 1 Index of Exhibits Index, # 2 Exhibit Exhibit 1-Enrollment Contract, # 3 Exhibit Exhibit 2-School Handbook, # 4 Exhibit Exhibit 3-March 12, 2004 letter, # 5 Exhibit Exhibit 4-Transcript, # 6 Exhibit Exhibit 5-June 1, 2004 letter, # 7 Exhibit Exhibit 6-May 21, 2009 Cranbrook let to Client) (Sciotti, Christopher) (Entered: 03/22/2011) |
| 03/07/2011 | | TEXT-ONLY ORDER. THE FINAL PRETRIAL CONFERENCE IS ADJOURNED WITHOUT DATE. WILL BE RESCHEDULED AFTER ALL MOTIONS HAVE BEEN DECIDED. Signed by District Judge Lawrence P. Zatkoff. (MVer) (Entered: 03/07/2011) |
| 03/02/2011 | 21 | MOTION for Summary Judgment by All Defendants. (Attachments: # 1 Index of Exhibits, # 2 Exhibit Enrollment Contract, # 3 Exhibit Handbook, # 4 Exhibit Nov. 3, 2003 Letter, # 5 Exhibit March 12, 2004 Letter, # 6 Exhibit May 25, 2004 Memo, # 7 Exhibit Cheezy.com, # 8 Exhibit June 1, 2004 Letter, # 9 Exhibit Academic Transcript, # 10 Exhibit Release Form, # 11 Exhibit Poydras Case, # 12 Exhibit Waris Case, # 13 Exhibit Rodriguez Case, # 14 Exhibit Kaul Case, # 15 Exhibit Jersevic Case, # 16 Exhibit M. Dupree Jr. |

| | | |
|---|---|---|
| | | Dep. Transcript, # 17 Exhibit D. Dupree Dep. Transcript, # 18 Exhibit J. Winter Dep. Transcript, # 19 Exhibit C. Shaw Dep. Transcript, # 20 Exhibit M. Dupree Sr. Dep. Transcript, # 21 Exhibit A. Siebert Dep. Transcript) (Mahoney, Tara) (Entered: 03/02/2011) |
| 03/02/2011 | 20 | NOTICE of Appearance by Tara E. Mahoney on behalf of All Defendants. (Mahoney, Tara) (Entered: 03/02/2011) |
| 02/07/2011 | | Attorney Kimberly A. Yourchock is discontinued from receiving Notices of Electronic Filing. (Yourchock, Kimberly) (Entered: 02/07/2011) |
| 12/09/2010 | 19 | STIPULATION AND ORDER EXTENDING SCHEDULING ORDER DATES Signed by District Judge Lawrence P Zatkoff. (MVer) (Entered: 12/09/2010) |
| 11/12/2010 | 18 | NOTICE of Appearance by Kimberly A. Yourchock on behalf of All Defendants. (Yourchock, Kimberly) (Entered: 11/12/2010) |
| 10/25/2010 | 17 | SCHEDULING ORDER: **Discovery due by 12/30/2010 Dispositive Motion Cut-off set for 1/31/2011 Final Pretrial Conference set for 4/7/2011 11:00 AM before District Judge Lawrence P Zatkoff** Signed by District Judge Lawrence P Zatkoff. (Refer to image for additional dates) (MVer) (Entered: 10/25/2010) |
| 10/21/2010 | 16 | STIPULATION *for Entry of an Order Extending Scheduling Dates* by All Parties (Attachments: # 1 Exhibit A - Proposed Stip. Order) (Linden, Russell) (Entered: 10/21/2010) |
| 10/15/2010 | 15 | ORDER of DISQUALIFICATION and REASSIGNING CASE from District Judge Nancy G Edmunds to District Judge Lawrence P Zatkoff. (SSch) (Entered: 10/15/2010) |
| 10/15/2010 | 14 | ORDER REASSIGNING CASE from District Judge Robert H Cleland to District Judge Nancy G Edmunds. (SSch) (Entered: 10/15/2010) |
| 09/27/2010 | | TEXT-ONLY ORDER STRIKING as improvidently filed Stipulation and order re: 13 Amended Complaint filed by John J Winter, Cranbrook Educational Community, Michael Sr. Dupree, Michael Dupree, Jr., Darlene Dupree, Charles Shaw. Signed by District Judge Robert H Cleland. (LWag) (Entered: 09/27/2010) |
| 09/24/2010 | 13 | [STRICKEN] AMENDED COMPLAINT *Order Allowing Amended Complaint* filed by All Parties against All Parties. (Sciotti, Christopher) Modified on 9/27/2010 (LWag). (Entered: 09/24/2010) |
| 09/24/2010 | 12 | AMENDED COMPLAINT filed by All Plaintiffs against All Defendants. (Sciotti, Christopher) (Entered: 09/24/2010) |
| 09/17/2010 | 11 | WITNESS LIST by All Defendants (Disbrow, Matthew) (Entered: 09/17/2010) |
| 09/17/2010 | 10 | *Preliminary Witness List* WITNESS LIST by All Plaintiffs (Sciotti, Christopher) (Entered: 09/17/2010) |
| 09/02/2010 | 9 | SCHEDULING ORDER: **Discovery due by 11/15/2010 Dispositive Motion Cut-off set for 12/15/2010 Final Pretrial Conference set for 3/21/2011** |

| | | 02:00 PM before District Judge Robert H Cleland Jury Trial set for 4/4/2011 09:00 AM before District Judge Robert H Cleland Signed by District Judge Robert H Cleland. (Refer to image for additional dates) (LWag) (Entered: 09/02/2010) |
|---|---|---|
| 08/26/2010 | | Minute Entry - Scheduling Conference held on 8/26/2010 before District Judge Robert H Cleland. (LWag) (Entered: 08/26/2010) |
| 08/20/2010 | 8 | DISCOVERY plan jointly filed pursuant to Federal Rules of Civil Procedure 26(f) (Disbrow, Matthew) (Entered: 08/20/2010) |
| 08/05/2010 | | Set Deadlines/Hearings: **Scheduling Conference re-set for 8/26/2010 09:30 AM before District Judge Robert H Cleland** (LWag) (Entered: 08/05/2010) |
| 08/04/2010 | 7 | NOTICE of Appearance by Russell S. Linden on behalf of All Defendants. (Linden, Russell) (Entered: 08/04/2010) |
| 08/03/2010 | 6 | NOTICE TO APPEAR: **Scheduling Conference set for 8/19/2010 03:30 PM before District Judge Robert H Cleland** (LWag) (Entered: 08/03/2010) |
| 07/30/2010 | 5 | ANSWER to Complaint with Affirmative Defenses with Jury Demand *for Damages and Equitable Relief* by All Defendants. (Disbrow, Matthew) (Entered: 07/30/2010) |
| 05/25/2010 | | A United States Magistrate Judge of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form is available for download at http://www.mied.uscourts.gov (DWor) (Entered: 05/25/2010) |
| 05/25/2010 | 4 | SUMMONS Issued for *Charles Shaw* (DWor) (Entered: 05/25/2010) |
| 05/25/2010 | 3 | SUMMONS Issued for *John J Winter* (DWor) (Entered: 05/25/2010) |
| 05/25/2010 | 2 | SUMMONS Issued for *Cranbrook Educational Community* (DWor) (Entered: 05/25/2010) |
| 05/25/2010 | 1 | COMPLAINT *10-cv-12094* filed by Michael Dupree, Jr against Darlene Dupree with Jury Demand. Plaintiff requests summons issued. Receipt No: 0645-2481408 - Fee: $ 350. County of 1st Plaintiff: State of Colorado - County Where Action Arose: Oakland - County of 1st Defendant: Oakland. [Previously dismissed case: No] [Possible companion case(s): None] (Attachments: # 1 Exhibit Handbook Page, # 2 Exhibit June 1, 2004 Correspondence, # 3 Exhibit High School Transcript) (Sciotti, Christopher) Modified on 5/25/2010 (DWor). [COMPLAINT IS FILED AGAINST CRANBROOK EDUCATIONAL COMMUNITY, CHARLES SHAW AND JOHN J WINTER] (Entered: 05/25/2010) |

### PACER Service Center
#### Transaction Receipt
04/12/2011 16:18:46

| PACER Login: | ch5651 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 2:10-cv-12094-LPZ-MKM |
| Billable Pages: | 5 | Cost: | 0.40 |