UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHAEL DUPREE, JR.,
a Colorado Resident, MICHAEL
DUPREE, SR. and DARLENE
DUPREE, his parents, Residents
of the Country of Austria,

        Plaintiffs,

vs.

CRANBROOK EDUCATIONAL
COMMUNITY, JOHN J. WINTER,
and CHARLES SHAW,

        Defendants.
_____/

Case No. 2010-CV-12094-RHC-MKM

Honorable Robert H. Cleland

Christopher R. Sciotti (P 33501)
Attorney for Plaintiffs
24825 Little Mack
St. Clair Shores, MI 48080
(586) 779-7810

Russell S. Linden (P 34863)
Matthew S. Disbrow (P 65378)
Attorneys for Defendants
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7466
_____/

**STIPULATION TO ALLOW PLAINTIFFS
TO FILE AN AMENDED COMPLAINT**

EXHIBIT 3.

It is hereby stipulated and agreed by and between the parties, through their respective counsel, that plaintiffs be allowed to file an Amended Complaint and add a Count of specific performance and equitable relief.

| /s/ Matthew S. Disbrow | /s/ Christopher R. Sciotti |
|---|---|
| Russell S. Linden (P 34863) | Christopher R. Sciotti (P 33501) |
| Matthew S. Disbrow (P 65378) | Attorney for Plaintiffs |
| Attorneys for Defendants | |

### ORDER ALLOWING PLAINTIFFS
### TO FILE AN AMENDED COMPLAINT

At a session of said Court held in the City of _____, County of _____, State of Michigan on _____

PRESENT: HONORABLE _____

Upon reading and filing the foregoing Stipulation and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that plaintiffs be allowed to file an Amended Complaint and add a Count of specific performance and equitable relief.