UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DUPREE, JR., a Colorado Resident,
MICHAEL DUPREE, SR. and DARLENE DUPREE,
his parents, Residents of the Country of Austria,

        Plaintiffs,

vs.

CRANBROOK EDUCATIONAL COMMUNITY,
JOHN J. WINTER and CHARLES SHAW,

        Defendants.
_____/

Case No. 2:10-CV-12094-LPZ-MKM
Hon. Lawrence P. Zatkoff
Magistrate Judge Mona K. Majzoub

## INDEX OF EXHIBITS

| Exhibit No. | Description |
| --- | --- |
| 1 | *Dassault Systemes, S.A. v. Childress* |
| 2 | *Flagstar Bank, FSB v. Federal Ins. Co.* |

9036728.1