UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Michael Dupree, Jr, et al.,

                         Plaintiff(s),

v.                                       Case No. 2:10-cv-12094-LPZ-MKM
                                         Hon. Lawrence P. Zatkoff

Cranbrook Educational
Community, et al.,

                         Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Lawrence P. Zatkoff at the United States District Court, Federal Building, 526 Water Street, Port Huron, Michigan. The following motion(s) are scheduled for hearing:

Motion for Summary Judgment – #21

- MOTION HEARING: March 15, 2012 at 11:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                    By: s/M. Verlinde
                                         Case Manager

Dated: February 29, 2012