UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DUPREE, JR., a Colorado Resident,
MICHAEL DUPREE, SR. and DARLENE DUPREE,
his parents, Residents of the Country of Austria,

    Plaintiffs,

vs.

CRANBROOK EDUCATIONAL COMMUNITY,
JOHN J. WINTER and CHARLES SHAW,

    Defendants.
_____/

Case No. 2:10-CV-12094-LPZ-MKM
Hon. Lawrence P. Zatkoff
Magistrate Judge Mona K. Majzoub

| | |
|---|---|
| Christopher R. Sciotti (P33501) | Russell S. Linden (P34863) |
| Attorneys for Plaintiffs | Tara E. Mahoney (P68697) |
| 24825 Little Mack | Honigman Miller Schwartz and Cohn LLP |
| St. Clair Shores, MI 48080 | Attorneys for Defendants |
| (586) 779-7810 | 2290 First National Building |
| | 660 Woodward Avenue |
| | Detroit, MI 48226-3506 |
| | (313) 465-7466 |

_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

At a session of said Court held in the Port Huron Courthouse, Port
Huron, Michigan

on: September 14, 2012

BEFORE: <u>Lawrence P. Zatkoff</u>
United States District Court Judge

The parties having stipulated to entry of this Order through their respective counsel and

the Court otherwise being fully advised in the premises;

2

IT IS HEREBY ORDERED that Plaintiffs' claims against Defendants are hereby dismissed with prejudice and without costs to any party.

    s/Lawrence P. Zatkoff
United States District Court Judge

Dated: September 14, 2012

Stipulated as to entry:

/s/ Christopher R. Sciotti
Christopher R. Sciotti (P33501)
Thomas, Garvey Garvey & Sciotti
Attorney for Plaintiffs
24825 Little Mack
St. Clair Shores, MI  48080
(586) 779-7810
chrissciotti@tggslaw.com

/s/ Russell S. Linden
Russell S. Linden (P34863)
Honigman Miller Schwartz and Cohn LLP
Attorneys for Defendants
2290 First National Building
660 Woodward Avenue, Suite 2290
Detroit, MI  48226-3506
(313) 465-7466
rlinden@honigman.com

11332153.1